Civil filing fee CA 05-125E

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

      # 00500514 - AM  am
      September 9, 2005


  Code   Case #   Qty    Amount

  1ST CIVI 05-125 E       12.00 CH


  TOTAL→                  12.00



  FROM: CASSIUS M. CLAY SR.
        AB-1013 SCI FOREST
        P.O. BOX 945
        MARIENVILLE, PA 16239
```