**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CASSIUS M. CLAY SR., | CA05-125 Erie |
| DEFENDANT | TYPE OF PROCESS |
| L.P. BENNING | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
L.P. BENNING; WARDEN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
R.D. #10, Box 10; GREENSBURG, PA 15601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: Cassius M. Clay Sr., Pro-se
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (814) 621-2110
DATE: 4/6/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 10
District of Origin No. 68
District to Serve No. 68
Date: 9/16/05

☒ have executed as shown in "Remarks", the process described...

REMARKS: O/C/w mailed 9/21/05
09/27/05 RETURNED TO COURT UNEXECUTED - NO LONGER EMPLOYED AT SCI GREENSBURG - PER ATTACHED COPY OF ENVELOPE

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00