U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| **PLAINTIFF** CASSIUS M. CLAY SR., | **COURT CASE NUMBER** CA 05-125 Erie |
| **DEFENDANT** D.J. WAKEFIELD | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D.J. WAKEFIELD; WARDEN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
R.D. #10, Box 10; GREENSBURG, PA 15601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Cassius M. Clay Sr., Pro-Se
TELEPHONE NUMBER: (814) 621-2110
DATE: 4/6/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 10/21/05
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: O.C/W mailed 9/21/05

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Cassius Clay</u>
    (Name of plaintiff's attorney or pro se plaintiff)


    I acknowledge receipt of your request that I waive service of a summons in the action of Clay vs Reeves, et al. which is case number 05-125 in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed wavier to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose half I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9/21/05 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

<u>10/21/05</u>　　　　　　　　　　　　　_[signature]_
DATE　　　　　　　　　　　　　　　　　SIGNATURE

Printed/typed name: <u>Craig E. Maravich</u>
Title, if any: <u>Deputy Attorney General</u>

Address of Person signing: <u>564 Forbes Avenue</u>
<u>Manor, Complex 6th Floor</u>
<u>Pittsburgh, Pa 15219</u>

Party you represent: <u>David Wakefield</u>