# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay Sr.          )
    vs.                          )    Civil Action: 05-0125 Erie
Sharon M. Burkes             )

## NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/21/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                                    Thomas M. Fitzgerald
                                                    United States Marshal
                                                    Western District of Pennsylvania

                                                    By:  *Sheila Blessing*
                                                    Administrative Clerk
                                                    United States Marshals Service
                                                    Western District of Pennsylvania
                                                    December 7, 2005

## ORDER

AND NOW, this_____day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

    IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

    **AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.

_____