## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay Sr.    )

       vs.                  Civil Action: 05-0125 Erie

Candis Brimmer      )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/21/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

> Thomas M. Fitzgerald
> United States Marshal
> Western District of Pennsylvania
>
> By:   Sheila Blessing
>       Administrative Clerk
>       United States Marshals Service
>       Western District of Pennsylvania
>       December 7, 2005

### ORDER

AND NOW, this_____day of _____ , 20____ , upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.