U.S. Department of Justice
United States Marshals Service
Case 1:05-cv-00125-SJM-SPB   Document 17   Filed 12/08/2005   Page 1 of 2
PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CASSIUS M. CLAY SR., | CA 05-125 Erie |
| DEFENDANT | TYPE OF PROCESS |
| CANDIS BRIMMER | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CANDIS BRIMMER; MAIL ROOM SUPERVISOR
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
R.D. #10, Box 10; GREENSBURG, PA 15601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Cassius M Clay Sr., Pro-Se
TELEPHONE NUMBER: (814) 621-2110
DATE: 4/6/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date / Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $0 | | | $0 | | $56.00 |

REMARKS: O/C/W Mailed 9/21/05
12/07/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay Sr.         )
     vs.                          Civil Action: 05-0125 Erie
Candis Brimmer             )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/21/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

By:  Sheila Blessing
Administrative Clerk
United States Marshals Service
Western District of Pennsylvania
December 7, 2005

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.