**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASSIUS CLAY, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Judge Sean J. McLaughlin** |
| | ) **Mag. Judge Susan Paradise Baxter** |
| **TRACEY REEVES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing Motion to Dismiss, IT IS HEREBY ORDERED that the motion is GRANTED.

BY THE COURT:

_____
 SUSAN PARADISE BAXTER
United States Magistrate Judge