IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., : | |
| Plaintiff, : | CIVIL ACTION No.05-125E |
| : | JUDGE SEAN J. McLAUGHLIN |
| V. : | Magistrate Judge; |
| : | SUSAN PARADISE BAXTER |
| TRACEY REEVES, et al., : | |
| Defendants, : | |

## ANSWER TO DEFENDANTS
## MOTION TO DISMISS

AND NOW COMES, CASSIUS M. CLAY SR., Pro-Se Plaintiff, and Respectfully Submitts the Following; in response to the Defendants Motion to Dismiss:

(1). ADMITTED.

(2). DENIED.

(3). DENIED.

## CONCLUSION

The Plaintiff therefore submits that he is not Experienced in the Federal Civil Law, but is aware of some of the short Time-Limitations, and the Holiday delays with the Mail, the Court's and the Law-Libraries opening and closing schedules, and therefore I will be Filing a Memorandum of Law in Support of My Answer to the Defendants Motion to Dismiss. It should be noted that Plaintiff will be Filing said Memorandum within the time provided by the local Rules of Court.

**WHEREFORE;** The Plaintiff Respectfully Requests that following Consideration of his Answer and Supporting Memorandum of Law, that the Defendants Motion to Dismiss, and Memorandum be Denied.

RESPECTFULLY SUBMITTED;

*(signature)*
CASSIUS M. CLAY SR., DQ5954
P.O. BOX 945
Marienville, PA 16239

**DATED: JANUARY 4, 2006.**