USM-285 is a 5 part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-00125-SJM-SPB   Document 33   Filed 02/15/2006   Page 1 of 2

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF CASSIUS M. CLAY SR., | COURT CASE NUMBER 05-125E |
|---|---|
| DEFENDANT TRACEY REEVES, et al., | TYPE OF PROCESS Civil Action 1983 |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT { SHARON M. BURKES   GRIEVANCE COORDINATOR

ADDRESS (Street or RFD. Apartment No. City, State and ZIP Code)
2520 LISBURN Rd., P.O. BOX 598, Camp Hill PA 17001-0598

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| CASSIUS M. CLAY SR.,<br>INMATE #DQ5954<br>P.O. BOX 945<br>Marienville, PA 16239 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CAN REACH BETWEEN 8:00a.m. - 2:30p.m.
WORKS FOR THE DEPARTMENT OF CORRECTIONS
IN Camp Hill PA.

| Signature of Attorney other Originator requesting service on behalf of: Cassius M. Clay Jr. | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (814)621-2110 | DATE 1/9/06 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Stacy Jarvis   Clerical Supervisor | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date 1/27/06 | Time 1:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy Wayne E. ___ |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| B 45.00 | 12 @ 44⁸ *5.34 | *8.00 | *58.34 | | $151 34 |

REMARKS: TO Scranton 1-13-06

1 - DUSM : 1:00 pm - 2:00 pm

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay Sr.           )
       vs.                          Civil Action: 05-0125 Erie
Sharon M. Burkes           )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/21/05, the Order and Complaint in the above

captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and

Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of

service has been received, and more than 30 days has elapsed.

> Thomas M. Fitzgerald
> United States Marshal
> Western District of Pennsylvania
>
> By:   Sheila Blessing
> Administrative Clerk
> United States Marshals Service
> Western District of Pennsylvania
> December 7, 2005

### ORDER

AND NOW, this_____day of _____ , 20___ , upon consideration of the

foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service

of those documents upon the above named defendant.

s/Susan Paradise
Baxter

Digitally signed by s/Susan Paradise Baxter
DN: CN = s/Susan Paradise Baxter, C = US
Date: 2005.12.08 14:58:20 -05'00'