**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| PLAINTIFF | CASSIUS M. CLAY SR., | COURT CASE NUMBER 05-125E |
| DEFENDANT | TRACEY REEVES, et al., | TYPE OF PROCESS Civil Action 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeffrey A. Beard — SECRETARY OF THE PA D.O.C.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2520 LISBURN Rd., P.O. BOX 598, Camp Hill PA 17001-0598

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CASSIUS M. CLAY SR.,
INMATE #DQ5954
P.O. BOX 945
Marienville, PA 16239

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CAN REACH BETWEEN 8:00a.m. - 2:30p.m. MON. - FRI.
HEAD PERSON IN CHARGE OF D.O.C.
LOCATED IN CAMP HILL PA.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Cassius M. Clay Sr.
TELEPHONE NUMBER: (814) 621-2110
DATE: 1/9/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No: 68
District to Serve No: 69
Signature of Authorized USMS Deputy or Clerk
Date: 1/13/06

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Stacy Jarvis (Clerical Supervisor)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1/27/06   Time: 1:30  [ ] am [X] pm

Signature of U.S. Marshal or Deputy:
Wayne E. Jan___

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | ON Sharon Burke 285 | $8.00 | $53.00 | | |

REMARKS: TO Scrutiny 1-13-06
1 - DUSM: 1:00 p- - 2:00 p-

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay Sr.              )
   vs.                           )   Civil Action: 05-0125 Erie
Jeffrey A. Beard                 )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 09/21/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                              Thomas M. Fitzgerald
                                              United States Marshal
                                              Western District of Pennsylvania

                                              */s/ Sheila Blessing*

                                             By:  Sheila Blessing
                                                   Administrative Clerk
                                                   United States Marshals Service
                                                   Western District of Pennsylvania
                                                   December 7, 2005

### ORDER

AND NOW, this_____day of _____, 20____, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS ORDERED that the Clerk of Court prepare duplicate Summons and Complaint,

AND IT IS FURTHER ORDERED that the United States Marshal make personal service of those documents upon the above named defendant.

                                    s/Susan Paradise Baxter
                                    Digitally signed by s/Susan Paradise Baxter
                                    DN: CN = s/Susan Paradise Baxter, C = US
                                    Date: 2005.12.08 14:46:42 -05'00'