JANUARY 30, 2006

Clerk of Court
U.S. District Court W.D.
P.O. BOX 1820

FILED
'06 FEB 14 A10:17
CLERK
U.S. DISTRICT COURT

IN RE: <u>CIVILE ACTION No.05-125E, CASSIUS CLAY SR., v. TRACEY REEVES et al.   RETURN OF MAIL</u>

Dear Sirs;

 Greetings, I am today writing with dire concern on the way the mail is being Serviced, comming into and going out of this institution. I have just received my Mail returned that I sent out on the 19th of this month, and the mailing stamp has a Date of the 25th of this Month, and a Postage Due of .72¢, along with a Return to sender for Refused Postage.  See (EXHIBIT A, copy of Envelope)

 This is an ongoing problem with the D.O.C. and this Inmates Mail. They will not let us go in the red for Postage, or wait to Anticipate Money that we will get on our books from Family. This letter/Brief was not given back to me, but sent out, and as such I have no Idea of the Postage rate,(and they won't tell us how many single sheets of paper we can put in a single envelope for the .39¢).

 I would therefore ask that this Petition be Filed on the date Mailed originally the 19th, in accordance with the Prison Mail Box Rule. see **HUSTON v. LACK 108 S.Ct.2379(1988); BURNS v. MORTON 134 F.3d 109,112(3d Cir.1998).**

P.S. I went To The hole Before I could get Another Envelope, And Left The Two Envelops At work, where STAFF Erroneously Mailed Them To Pittsburgh.

SINCERELY;

*Cassius M. Clay Sr.*
CASSIUS M. CLAY SR., DQ5954
P.O. BOX 945
Marienville, PA 16239

Inmate Name MR. CASSIUS M. CLAY SRDC # DQ5954
Housing Unit: AB-1013
SCI Forest
PO Box 945
Marienville, PA 16239

EB1023

LEGAL MAIL

Clerk of Court
UNITED STATES DISTRICT COURT

INMATE MAIL
PA DEPT OF
CORRECTIONS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☒ OTHER

RECEIVED
POSTAGE DUE

REFUSED
POSTAGE DUE

RTS RETURN TO SENDER

POSTAGE DUE 72¢

UNITED STATES POSTAGE
$ 00.39⁰
02 1R
0004276471
JAN 25 2006
MAILED FROM ZIP CODE 16239



Inmate Name Cassies M. Clay SE     DC # DQ5954
Housing Unit: EB-1023
SCI Forest
PO Box 945
Marienville, PA 16239

EB 1023

Clerk of court
U.S. District court W.D.
P.O. Box 1820

INMATE MAIL
PA DEPT OF
CORRECTIONS

Returned For Better Address

RECEIVED
FEB 0 9 2006
INSPECTOR 2

Inmate Mail Dept. of Corrections

02 1A
0004376471  FEB 06 2006
MAILED FROM ZIP CODE 16239
$ 00.39⁰