

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., <br> Plaintiff <br><br> vs. <br><br> TRACEY REEVES, et al., <br> Defendants | Civil Action No.: 05-125E <br><br> (Judge Sean J. McLaughlin) <br><br> Magistrate Judge: <br><br> (Judge Susan Paradise Baxter) |

**SUPPLEMENTAL ANSWER TO DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS**

    **NOW COMES,** Cassius Clay, Sr., Pro Se Plaintiff, and repectfully submits the following in response to the Defendants' Supplemental Motion to Dismiss filed with this Honorable Court February 16, 2006:

1. Please incorporate the recently served defendants, Candis Brimmer and Dr. Jeffrey A. Beard into the previously filed Answer to Defendants' Motion to Dismiss filed with this Honorable Court on or about January 4, 2006; and Memorandum in Opposition to Defendants' Motion to Dismiss filed with this Honorable Court on or about January 19, 2006.

    **WHEREFORE,** Plaintiff respectfully requests that Defendants' Motion to Dismiss be **DENIED.**





                                                                             Respectfully submitted,

Dated: 2-22-06

                                                                             Cassius Clay, Sr.
                                                                             No.: DQ-5954
                                                                             SCI-Forest
                                                                             P.O. Box 945
                                                                             Marienville, PA 16239
                                                                             (Pro se Plaintiff)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of Feburary 2006, I submitted the original of this document to prison officials at the State Correctional Institution at Forest, by placing the same in the prison mail box addressed as follows:

Office of the Clerk
U.S. District Court
Western District of PA
P.O. Box 1820
Erie, PA 16507

I further certify that on this 22 day of Feburary 2006, I served a true and correct copy of the foregoing on the parties of record, by submitting this document to prison officials at the State Correctional Institution at Forest, by placing the same in the prison mailbox addressed as follows:

Graig E. Maravich, Esq.
Deputy Attorney General
Office of the Attorney General
6th Flr., Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219

Both documents were sent U.S. First Class Mail, postage pre-paid.

Dated: 2-22-06

By: Cassius M. Clay Sr.
Cassius Clay, Sr.
No.: DQ-5954
SCI-Forest
P.O. Box 945
Marienville, PA 16239
(Pro se Plaintiff)

CASSIUS CLAY, SR.
NO.: DQ-5954
STATE CORERCTIONAL INSTITUTION AT FOREST
P.O. BOX 945
MARIENVILLE, PA 16239

February 22, 2006

Office of the Clerk
U.S. District Court
Western District of PA
P.O. Box 1820
Erie, PA 16507

Re: Clay V. Reeves
    Civil Action No.: 05-125E
    (Judge Baxter)

Dear Clerk,

    Please find for filing the original of my Supplemental Answer to Defendants' Supplemental Motion to Dismiss. Thank you.

                                      Very truly yours,

                                      Cassius Clay, Sr.
                                      Pro se Plaintiff

Enc/
cc: Graig E. Maravich, Esq.
    file