IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR.,<br>        Plaintiff<br><br>VS.<br><br>TRACEY REEVES, et al.,<br>        Defendants | Civil Action No.: 05-125E<br><br>(Judge Sean J. McLaughlin)<br><br>Magistrate Judge:<br><br>(Judge Susan Paradise Baxter) |

ORDER OF COURT

**AND NOW,** this _____ day of _____ 2006 upon consideration of the Defendants' Motion to Dismiss and related documents, and Plaintiff's Answer and related documents, **IT IS HEREBY ORDERED** that the Defendants' Motion is **DENIED.**

BY THE COURT:

_____
SUSAN PARADISE BAXTER
U.S. MAGISTRATE JUDGE