IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR.,<br>      Plaintiff | Civil Action No.: 05-125 Erie<br><br>District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACY REEVES, et al.,<br>      Defendants | |

## SWORN AFFIDAVIT

I, _Cassius M. Clay Sr._, declare under penalty of perjury, 28 U.S.C. §1746, that:

Funds have been and continue to be deducted from my account to be paid towards a suspended child support order.

Since I have initiated this action I have been retaliated against by Department of Corrections Officials by, specifically, having my legal documents confiscated.

I further believe that I will be transferred to another correctional facility in retaliation for initiating this action and to impede my ability to litigate the actions before this court.

By: _Cassius M. Clay Jr._

Address: SCI-Forest

SWORN TO AND SUBSCRIBED BEFORE
ME THIS  19th  DAY OF  July
2006

P.O. Box 945

Marienville, PA 16239

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Julie Schill, Notary Public
Jenks Twp., Forest County
My Commission Expires Sept. 30, 2009

Exhibit "A"