CU 9141
SCI Forest P.O. Box 945
Marienville Pa 16239

**RECEIVED**

JUL 2 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

OFFICE OF THE CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF PA.
P.O. Box 1820
ERIE, PA. 16507

CLEARED X-RAY SCREENING



PA DEPT OF CORRECTIONS

02 1A
0004376471
MAILED FROM ZIPCODE 16239
$ 02.070
JUL 21 2006
PITNEY BOWES