IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY, SR., <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 05-125 Erie |
| TRACEY REEVES, et al, <br>     Defendants. | ) <br> ) <br> ) |

## ORDER

AND NOW, this 27th Day of July, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the Motion for Preliminary Injunction (Doc. #41) before the Honorable Susan Paradise Baxter, on Monday, July 31, 2006, at 2:00 p.m. Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                             s/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)