# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay, Sr.        )
                            )
                            )
                Plaintiff   )
         vs.                )   No.        CA 05-125 Erie
Tracey Reeves, et al        )
                            )
                            )
                Defendants  )

HEARING ON   July 31, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Cassius M. Clay, Sr., pro se            Craig E. Maravich, Esq.

Appear for Plaintiff                    Appear for Defendant

Hearing Begun  2:03                     Hearing Adjourned to  2:27

Hearing concluded C.A.V.                Stenographer Janis Ferguson
                                        CD:         Index:

WITNESSES

For Plaintiff                           For Defendant

Motion for Preliminary Injunction [Doc. #41] held in abayance. π to submit documents in support of his motion within the next five days.

C. Fancher
Law Clerk