AUGUST 3, 2006

CA 05-125 E

U.S. DISTRICT COURT W.D. PA

Honorable SUSAN PARADISE BAXTER

17 S. Park Row, Room A280

Erie, PA 16501

FILED

'06 AUG 15 P12:59

CLERK

IN RE: **PRELIMINARY INJUNCTION HEARING EXHIBITS**

Dear Justice Baxter;

    Greetings, here are some of the Exhibits that were requested by the Court, on Monday, and I hope and Pray that they can be of help in resolving these many conflicts, and in making the Determination concerning the Granting of the Motion.

    These are only some of the relevant papers that I still have from my Motions into the Family Division Court for a Modification of the **ARREARAGES**, some of the relevant papers that include the D.O.C.'s Proposition that this §1983 Civil Action Law-Suit is not Open/Active, which proves that the Staff, Employees, friends, Successors, of some of the Defendants, (Beard, Burks) continue to impede this Plaintiff's Rights to the Due Process of law, by the intentional delay in his Access to the courts, by the taking of his legal materials and forcing him to send them home, and also by the acts of stating that the majority of his cases are Closed, and not allowing the Plaintiff to retain the requsite Legal Material in his cell for research, and to use as Exhibits to copy and send in as proof, backing up his many Meritorious Claims.

I WOULD LIKE TO THANK YOU IN ADVANCE FOR LOOKING INTO THESE VERY IMPORTANT MATTERS, AND MY FAMILY AND I TRULY APPRECIATE THE ASSISTANCE.

                              SINCERELY;

                              *Cassius M. Clay*

                              CASSIUS M. CLAY DQ5954

                              P.O. BOX 945

                              Marienville, PA 16239