In the Court of Common Pleas of   ALLEGHENY   County, Pennsylvania

**COURT OF COMMON PLEAS**
**FAMILY DIVISION, ADULT SECTION, 440 ROSS STREET, PITTSBURGH, PA. 15219**

Phone: (412) 350-5600                                                                 Fax: (412) 350-5599

MARCH 21, 2003

```
CASSIUS MARCELLIOUS CLAY SR
C/O SCI GREENSBURG
# DQ-5954
RT 119 RR 1 BOX 10
GREENSBURG PA 15601-8734
```

## Distribution Cover Letter

Plaintiff Name:   PATRICE R. BURNEY
Defendant Name:   CASSIUS M. CLAY SR
PACSES Case Number:   207003208

Please note: All correspondence must include the PACSES Case Number.

Dear CASSIUS MARCELLIOUS CLAY SR

Please note the attached document and/or correspondence. This information is being sent to update you on the above captioned case.

Sincerely,

ENFORCEMENT TEAM

Service Type  M

Form CM-520
Worker ID  02427

Other Conditions:

THE ORDER OF SUPPORT DATED 8/1/94 FOR 1 CHILD DEANDRE DOB 1/8/86, IS HEREBY SUSPENDED EFFECTIVE 9/8/98 PER ADMINISTRATIVE REVIEW AS THE DEFENDANT IS INCARCERATED. THE ARREARS OF $2876.67 ARE TO BE PAID AT $8 PER MONTH. THE DEFENDANT MUST INFORM THE COURT WITHIN 48 HOURS OF HIS RELEASE. UPON HIS RELEASE AND AT THE REQUEST OF THE PLAINTIFF, THE CASE MAY BE LISTED TO DETERMINE IF THE DEFENDANT HAD A SUPPORT OBLIGATION WHILE INCARCERATED AND TO ADDRESS ARREARS. THE DEFENDANT MUST APPEAR TO FILE FOR A HEARING IF HE REQUESTS FURTHER ARREARS ADJUSTMENT DUE TO ADDITIONAL INCARCERATION PERIODS PRIOR TO 9/29/98. THE PARTIES HAVE 30 DAYS TO CONTEST THIS ORDER BEFORE IT BECOMES FINAL.

Defendant shall pay the following fees:

| Fee Total | Fee Description | Payment Frequency | |
|---|---|---|---|
| $ 0.00 | for | Payable at $ 0.00 | per |
| $ 0.00 | for | Payable at $ 0.00 | per |
| $ 0.00 | for | Payable at $ 0.00 | per |
| $ 0.00 | for | Payable at $ 0.00 | per |
| $ 0.00 | for | Payable at $ 0.00 | per |

## IMPORTANT LEGAL NOTICE

PARTIES MUST WITHIN SEVEN DAYS INFORM THE DOMESTIC RELATIONS SECTION AND THE OTHER PARTIES, IN WRITING, OF ANY MATERIAL CHANGE IN CIRCUMSTANCES RELEVANT TO THE LEVEL OF SUPPORT OR THE ADMINISTRATION OF THE SUPPORT ORDER, INCLUDING, BUT NOT LIMITED TO, LOSS OR CHANGE OF INCOME OR EMPLOYMENT AND CHANGE OF PERSONAL ADDRESS OR CHANGE OF ADDRESS OF ANY CHILD RECEIVING SUPPORT. *A PARTY WHO WILLFULLY FAILS TO REPORT A MATERIAL CHANGE IN CIRCUMSTANCES MAY BE ADJUDGED IN CONTEMPT OF COURT, AND MAY BE FINED OR IMPRISONED.*

PENNSYLVANIA LAW PROVIDES THAT ALL SUPPORT ORDERS SHALL BE REVIEWED AT LEAST ONCE EVERY THREE (3) YEARS IF SUCH REVIEW IS REQUESTED BY ONE OF THE PARTIES. IF YOU WISH TO REQUEST A REVIEW AND ADJUSTMENT OF YOUR ORDER, YOU MUST DO THE FOLLOWING: CALL YOUR ATTORNEY. AN UNREPRESENTED PERSON WHO WANTS TO MODIFY (ADJUST) A SUPPORT ORDER SHOULD CONTACT THE DOMESTIC RELATIONS SECTION.

ALL CHARGING ORDERS FOR SPOUSAL SUPPORT AND ALIMONY PENDENTE LITE, INCLUDING UNALLOCATED ORDERS FOR CHILD AND SPOUSAL SUPPORT OR CHILD SUPPORT AND ALIMONY PENDENTE LITE, SHALL TERMINATE UPON DEATH OF THE PAYEE.

EXHIBIT #1

WILLIAMS     v. CLAY     PACSES Case Number: 717003214

Unreimbursed medical expenses that exceed $250.00 annually per child and/or spouse are to be paid as follows:   0   % by defendant and   0   % by plaintiff. The plaintiff is responsible to pay the first $250.00 annually (per child and/or spouse) in unreimbursed medical expenses.   ◯ Defendant ◯ Plaintiff ⊗ Neither party to provide medical insurance coverage. Within thirty (30) days after the entry of this order, the   ◯ Plaintiff ◯ Defendant shall submit to the person having custody of the child(ren) written proof that medical insurance coverage has been obtained or that application for coverage has been made. Proof of coverage shall consist, at a minimum, of : 1) the name of the health care coverage provider(s); 2) any applicable identification numbers; 3) any cards evidencing coverage; 4) the address to which claims should be made; 5) a description of any restrictions on usage, such as prior approval for hospital admissions, and the manner of obtaining approval; 6) a copy of the benefit booklet or coverage contract; 7) a description of all deductibles and co-payments; and 8) five copies of any claim forms.

Other Conditions:

THE ORDER FOR SUPPORT DATED 9/10/92 FOR 1 CHILD, CASSIUS, IS HEREBY SUSPENDED EFFECTIVE 6/25/98 PER ADMINISTRATIVE REVIEW AS THE DEFENDANT IS INCARCERATED. THE ARREARS OF $6446.67 ARE TO BE PAID AT $8 PER MONTH. THE DEFENDANT MUST INFORM THE COURT WITHIN 48 HOURS OF HIS RELEASE. UPON HIS RELEASE AND AT THE REQUEST OF THE PLAINTIFF, THE CASE MAY BE LISTED TO DETERMINE IF THE DEFENDANT HAD A SUPPORT OBLIGATION WHILE INCARCERATED AND TO ADDRESS ARREARS. THE DEFENDANT MUST APPEAR TO FILE FOR A HEARING IF HE REQUESTS FURTHER ARREARS ADJUSTMENT DUE TO ADDITIONAL INCARCERATION PERIODS PRIOR TO 6/25/98. THE PARTIES HAVE 30 DAYS TO CONTEST THIS ORDER BEFORE IF BECOMES FINAL.

Defendant shall pay the following fees:

| Fee Total | Fee Description | Payment Frequency | | |
|---|---|---|---|---|
| $ 0.00 | for | Payable at $ 0.00 | | per |
| $ 0.00 | for | Payable at $ 0.00 | | per |
| $ 0.00 | for | Payable at $ 0.00 | | per |
| $ 0.00 | for | Payable at $ 0.00 | | per |
| $ 0.00 | for | Payable at $ 0.00 | | per |

Service Type M

Form OE-518
Worker ID 02254

Rc'd 7-20-06 U Mgr
Mc
from Woj

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>**MAJOR E.J. WOJCIK** | 2. Date:<br>**7-13-06** |
| 3. By: (Print Inmate Name and Number)<br>**CASSIUS M. CLAY   DQ5954**<br><br>*[signature]*<br>Inmate Signature | 4. Counselor's Name<br>**MRS. COULL** |
| | 5. Unit Manager's Name<br>**MRS. McCREARY** |
| 6. Work Assignment<br>**LEGAL AIDE** | 7. Housing Assignment<br>**EB-1023** |

8. Subject: State your request completely but briefly. Give details.

   Here is the proof of my open cases, which I submitted also on 6-29-06 to Mrs. Kennedy and the Lt., with a copy of the Grievance with the false assumptions that were arrived at when making the arbitrary and capricious decision before that, I only have one active case, where the Document that you gave me, on the face confirms my position that I have more than one case ACTIVE. (see Highlighted areas of the document which we now know Mrs. McCreary Prepared).

   Besides that case (which would make 4 Active), Here are the other Three, to Prevent further delay/access to the Courts.

   (1) Copy of the Receipt for, FEDERAL HABEAS CORPUS Appeal for Forgery at No. 576 EDA 2005, which the 1yr. AEDPA has been running, while the boxes

   (2) Copy of the Federal Civil Lawsuit No.05-125E

   (3) Mrs. McCreary's Document at #3, 140 WAL 2006

I WOULD LIKE A COPY OF THE AUTHORIZATION FOR THE 2 BOXES, AND ONE ON FILE.

cc/file
cc:
Hall, R.
McCoy
Woj.

9. Response: (This Section for Staff Response Only)

Mr. Clay, Please note we follow the document that Central Office sent to us. They all show closed but one. If indeed that one is active that shows a closed status (4) Docket No. # 05-3073 then, acc. to Central Office it equals two active constituting warranting one extra box that you already have

☐ To DC-14 CAR only          ☐ To DC-14 CAR and DC-15 IRS

Thank you

Staff Member Name _____  *[signature]* McC  Date 7-20-06
Print                                Sign

Revised July 2000

| | DATE | CASE NAME | DOCKET NO. | COURT | STATUS | ATTORNEY |
|---|---|---|---|---|---|---|
| 1 | 5/12/2006 | Comm. v. Clay | 576 WDA 2005 | Superior Court | Closed | No |
| 2 | 5/12/2006 | Comm. v. Clay | 301 WDA 2005 | Superior court | Closed | No |
| 3 | 5/12/2006 | Comm. v. Clay | 140 WAL 2006[1] | Supreme Court | Active | No |
| 4 | 5/12/2006 | Clay v. Benning, et al. | 05-3013[2] | 3rd Circuit | Closed | No |

Date:         is the date that I checked the dockets or made the phone calls.
Case Name:    is as it appears on the court docket;
Docket No:    is as it appears on the court docket;
Court:        is where the case was filed;
Status:       is if the case is active or closed;
Attorney:     is whether or not the inmate has an attorney. If s/he has an attorney, legal property should not be an issue.

---

[1] When cases are assigned to the Supreme Court of Pennsylvania, they are assigned a temporary number. In this case, the temporary number was 2 WT 2006. When the case is going to go further in the court, then it is given a permanent number. This is the docket number listed above.

[2] This case is on **appeal**. The appeal is still **active**, and he does not have an attorney.
Cassius Clay, DQ-5954, Active Cases
7/11/2006
8:19 AM

Page 1 of 1