Inmate Name: MR. CASSIUS M. CLAY SR. DC # DQ5954
Housing Unit: AB-1013
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge
U.S. District Court W.D. of PA
17 South PArk Row, Room A280
Erie, PA 16501




02 1A
0004376471
MAILED FROM ZIP CODE 16239
$ 00.39⁰
AUG 03 2006
UNITED STATES POSTAGE
PITNEY BOWES