Inmate Name CASSIUS M. CLAY SR., DC # DQ5954
Housing Unit: FB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

UNITED STATES DISTRICT COURT W.D.

Clerk of Courts

P.O. BOX 1820

Erie, PA 16507

16507+0820 Inmate Mail, Pa Dept. of Corrections

UNITED STATES POSTAGE
PITNEY BOWES
02 1A        $ 00.39⁰
0004376471   AUG 14 2006
MAILED FROM ZIP CODE 16239

**RECEIVED**

**AUG 1 6 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVA