IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY, SR., <br>     Plaintiff, <br><br> v. <br><br> TRACEY REEVES, et al, <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 05-125 Erie <br> ) <br> ) <br> ) |

**<u>ORDER</u>**

AND NOW, this 12th Day of September, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the Motion for Preliminary Injunction (Doc. #41) before the Honorable Susan Paradise Baxter, on Thursday, September 21, 2006, at 11:00 a.m. Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                                                                                s/Susan Paradise Baxter
                                                                              SUSAN PARADISE BAXTER
                                                                              CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)