# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Cassius M. Clay, Sr.  )
                      )
                      )
           Plaintiff  )
      vs.             )         No.        CA 05-125 Erie
Tracey Reeves, et al  )
                      )
                      )
          Defendants  )

HEARING ON    September 21, 2006    Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Cassius M. Clay, Sr., pro se              Craig E. Maravich, Esq., Atty Gen. Office
                                          Ms. Kennedy - SCI-Forest

Appear for Plaintiff                      Appear for Defendant

Hearing Begun   11:10                     Hearing Adjourned to   11:45

Hearing concluded C.A.V.                  Stenographer Ron Bench
                                          CD:        Index:

**WITNESSES**

For Plaintiff                             For Defendant

Oral argument heard by the Court.

C. Snyder
Staff Attorney