IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125E |
| Plaintiff | |
| Vs. | District Judge McLaughlin |
| TRACEY REEVES, ET AL, | Magistrate Judge Baxter |
| Defendants, | |

REQUEST FOR TRANSCRIPTS AND DOCUMENTS

   NOW COMES Plaintiff, CASSIUS M. CLAY SR., and Respectfully Requests this Court to Provide him with a Copy of the Transcripts and related Documents in this matter, to enable him to prepare his Objections to the Magistrate Judge's Report and Recommendation and states the following in support of:

1. The Plaintiff has had Two Phone hearings, inorder for the Magistrate Judge to Make Evidentiary Determinations concerning the Motion for Preliminary Injunction.

2. Plaintiff states that on the September 21, 2006, hearing date, the Defendants Attorney CRAIG MARAVICH, presented the Court with an Order from the Family Division Court, inwhich the Plaintiff has not seen, where the Attorney stated that he would send a copy, but has not as of this date.

3. These Transcripts, and Documents are needed to Make correct Objections to the facts that were Presented.

*signature: Cassius M. Clay Sr.*
CASSIUS M. CLAY SR.,

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125E |
| Plaintiff, | |
| Vs. | District Judge McLaughlin |
| TRACEY REEVES, ET AL, | Magistrate Judge Baxter |
| Defendants, | |

## AFFIDAVIT

I, CASSIUS M. CALY SR., Declare;

That, I am the Plaintiff in the above Captioned Matter, and state that everything printed in the Petition/Motion is TRUE, and CORRECT to the best of my Knowledge, and Ability.

I Further Declare, that Under the Penalty of Perjury, (28 U.S.A. §1746) that the Foregoing is True and Correct.

EXECUTED THIS: October 10th, 2006.

CASSIUS M. CLAY SR.

Institution #DQ5954

P.O. BOX 945

Marienville, PA   16239

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125E |
| Plaintiff, | |
| Vs. | District Judge McLaughlin |
| TRACEY REEVES, ET AL, | Magistrate Judge Baxter |
| Defendants, | |

### ORDER FOR ENTIRE TRANSCRIPT(s)

The Plaintiff, CASSIUS M. CLAY SR., having Filed for Motion for extension of time to File Objections to the Magistrate Judge's Report and Recommendation, he requests that the Court Reporter in this matter prepare, and submit to him, the Entire Transcripts of the Two (2) Telephone hearing proceedings.

DATED: October 10th, 2006.

_Cassius M. Clay Sr._
CASSIUS M. CLAY SR., DQ5954
P.O. BOX 945
Marienville, PA 16239

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125E |
| Plaintiff, | |
| Vs. | District Judge McLaughlin |
| TRACEY REEVES, ET AL, | Magistrate Judge Baxter |
| Defendants, | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, Under the Penalty of Perjury (28 U.S.C.A. §1746), that a True and Correct Copy of the Foregoing Instrument(s) have been Mailed Postage Prepaid, on this 10th Day of October, 2006, to CRAIG E. MARAVICH, Assistant Attorney General, Manor Complex 564 Forbs Ave., Pittsburgh, PA 15219-2908, by Depositing the same in the Institutional Mail Box at S.C.I. Forest.

DATED: October 10th, 2006.

_Cassius M. Clay Sr._
CASSIUS M. CLAY SR., DQ5954

P.O. BOX 945

Marienville, PA 16239

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125E |
| Plaintiff, | |
| Vs. | District Judge McLaughlin |
| TRACEY REEVES, ET AL, | Magistrate Judge Baxter |
| Defendants, | |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, Under the Penalty of Perjury (28 U.S.C.A. §1746), that a True and Correct Copy of the Foregoing Instrument(s) have been Mailed Postage Prepaid, on this __10th__ Day of __October__, 2006, to: SUSAN PARADISE BAXTER, Chief U.S. Magistrate Judge; U.S. District Court Western District; 17 South Park Row, Room A280; Erie, PA 16501, by Depositing the same in the Institutional Mail Box at S.C.I. Forest.

DATED: __OCTOBER 10th__, 2006.

*Cassius M. Clay Sr.*

CASSIUS M. CLAY SR. DQ5954

P.O. BOX 945

Marienville, PA 16239

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., <br><br> Plaintiff, <br> Vs. <br><br> TRACEY REEVES, ET AL, <br><br> Defendants, | Civil Action No. 05-125E <br><br><br> District Judge McLaughlin <br><br> Magistrate Judge Baxter |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, Under the Penalty of Perjury (28 U.S.C.A §1746), that a True and Correct Copy of the Foregoing Instrument(s) have been Mailed Postage Prepaid, on this 10th day of October, 2006, to; U.S. DISTRICT COURT, for the Western District of PA P.O. Box 1820, Erie PA 16105.

DATED: October 10th, 2006

*Cassius M. Clay Sr.*
CASSIUS M. CLAY SR., DQ5954

P.O. BOX 945

Marienville, PA 16239