Inmate Name CASSIUS M. CLAY SR.    DC # DQ5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

SUSAN PARADISE BAXTER, Chief U.S. Mag., J.
U.S. District Court, W.D. PA
17 South Park Row, Room A280
Erie, PA 16501



UNITED STATES POSTAGE
02 1A
0004630839  $00.39⁰
MAILED FROM ZIP CODE 16239
OCT 12 2006
PITNEY BOWES

**RECEIVED**

OCT 16 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501115599  Inmate Mail Dept. of Corrections