IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., | ) |
| | ) Civil Action No. 05-125E |
| Plaintiff, | ) Judge Sean J. McLaughlin |
| | ) Mag. Judge Susan Paradise Baxter |
| v. | ) |
| | ) |
| TRACEY REEVES, et al., | ) |
| Defendants. | ) |

**RESPONSE TO REQUEST FOR TRANSCRIPTS AND DOCUMENTS**

AND NOW, come the defendants, Tracey Reeves, Angie Marhefka, Jack Loughry, Candis Brimmer, Burks, Dr. Jeffrey A. Beard and D.J. Wakefield, by their attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

Plaintiff, Cassius M. Clay, Sr., filed a request for transcripts of two hearings and a request for a document discussed and presented at one of the hearings. Concerning the transcripts, defendants cannot help the plaintiff. Plaintiff must order and pay for those through the court as appropriate. Concerning the document, plaintiff should already have it since it is a document from the Allegheny County Court of Common Pleas, Family Division for a case in which he is a party; however, defendants have attached a copy to this response.

## CONCLUSION

WHEREFORE, plaintiff's motion should be denied.

                Respectfully submitted,

                **THOMAS W. CORBETT JR.,**
                **Attorney General**

        By:    /s/ Craig E. Maravich
                CRAIG E. MARAVICH
                Deputy Attorney General
                PA I.D. #86219

                Susan J. Forney
                Chief Deputy Attorney General
                Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date: October 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing *Response to Request for Transcripts and Documents* with the Clerk of Court using the CM/ECF system. And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

Cassis M. Clay, Sr., DQ-5954
SCI-Forest
P.O. Box 945
Marienville, PA 16239-0945

By: /s/ Craig E. Maravich
CRAIG E. MARAVICH
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15129

Date: October 18, 2006