IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY, SR., <br>     Plaintiff | ) <br> ) <br> ) <br> )    C.A. No. 05-125 Erie <br> ) <br> ) <br> ) |
| TRACY REEVES, et al. <br>     Defendants | |

**O R D E R**

    Therefore, this <u>18th</u> day of October, 2006;

    IT IS ORDERED that Plaintiff's motion for transcripts and documents [Document # 51] is denied as Plaintiff must contact the court reporter through the Clerk's Office to purchase a copy of the transcript.  Additionally, Defendants have already provided Plaintiff with the requested document.

    IT IS FURTHER ORDERED that Plaintiff's motion for extension of time [Document # 50] is granted.  Plaintiff may file Objections to the Report and Recommendation before November 2, 2006.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                         S/ Susan Paradise Baxter
                                                         SUSAN PARADISE BAXTER
                                                         UNITED STATES MAGISTRATE JUDGE