Inmate Name CASSIUS M. CLAY SR.    DC # DO5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

UNITED STATES DISTRICT COURT W.D. PA

Clerk of Court
P.O. Box 1820
Erie, Pa 16507

RECEIVED
OCT 26 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



UNITED STATES POSTAGE
02 1A
0004630839    OCT 24 2006
$ 00.39⁰
MAILED FROM ZIPCODE 16239