# Exhibit-"A"

CASSIUS M. CLAY SR.
DQ-5954
STATE CORRECTIONAL INSTITUTION AT FOREST
P.O. BOX 945
MARIENVILLE, PA 16239

October 23, 2006


Craig Elliot Maravich, Esq.
Manor Complex, 564 Forbes Ave.
Pittsburgh, PA 15219-2908

RE: Clay V. Reeves et al.,
    Civil Action No.: 05-125E
    Western District Court


Dear Mr. Maravich,

   Enclosed you will find for service upon you my request for production of documents. Be advised, pursuant to Fed.R.Civ.P. 34, the defendants must produce the documents listed in my request within thirty (30) days.

   Also, I anticipate that I will be filing an appropriate motion for a sixty (60) day extension of the discovery period. Should you have any objection to such an extension, please inform me in writing within ten (10) days. In the event I receive no response from you in this regard I will assume that you have no objection and will inform the court of the same. Thank you.



                                              Very truly yours,

                                              *Cassius M. Clay*
                                              Cassius M. Clay
                                              Plaintiff




Enclosure
cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR.,<br>    Plaintiff<br><br>VS.<br><br>TRACY REEVES, et al.,<br>    Defendants | Civil Action No.: 05-125 Erie<br><br>District Judge McLaughlin<br><br>Magistrate Judge Baxter |

### CERTFICATE OF SERVICE

I certify that on this 3rd day of November 2006, I submitted the original of this document to prison officials at the State Correctional Institution at Forest, by placing the same in the prison mailbox addressed as follows:

Office of the Clerk
U.S. District Court
Western District of PA
P.O. Box 1820
Erie, PA 16507

I further certify that on this 3rd day of November 2006, I served a true and correct copy of the foregoing on the parties of record, by submitting this document to prison officials at the State Correctional Institution at Forest, by placing the same in the prison mailbox addressed as follows:

Graig E. Maravich
Deputy Attorney General
Office of the Attorney General
6th Flr., Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219

Both documents were sent U.S. First Class Mail, postage pre-paid.

Date: 11-3-06                    By: *Cassius M. Clay Sr.*
                                 Cassius M. Clay Sr.
                                 Pro se Plaintiff
                                 Inmate No.: DQ-5954
                                 SCI-Forest
                                 P.O. Box 945
                                 Marienville, Pa 16239
                                 (814)621-2110