Inmate Name CASSIUS M. CLAY SR.   DC # DQ5954
Housing Unit: EB-206.3
SCI Forest
PO Box 945
Marienville, PA 16239

Inmate Mail Dept. of Corrections

UNITED STATES DISTRICT COURT W.D. PA
P.O. BOX 1820
Erie, PA 16507

**RECEIVED**

NOV - 9 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



INMATE MAIL
PA DEPT OF
CORRECTIONS

02 1A
0004630839
MAILED FROM ZIPCODE 16239
NOV 07 2006
$01.83°