IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMESTIC RELATIONS SECTION, et al., )<br>)<br>Defendants. ) | Civil Action No. 05-125 Erie |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on April 28, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 49], filed on September 28, 2006, recommended that Plaintiff's motion for preliminary injunction [Doc. No. 41] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. Plaintiff was granted two extensions of time in which to file objections [Doc. No. 53 and Doc. No. 57]. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of November, 2006;

IT IS HEREBY ORDERED that the Plaintiff's motion for preliminary injunction [Doc. No. 41] is DENIED.

The Report and Recommendation [Doc. No. 49] of Magistrate Judge Baxter, filed on September 28, 2006, is adopted as the opinion of the Court.

                                                         s/   Sean J. McLaughlin
                                                                United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge