UNITED STATES POSTAGE $01.83°
MAILED FROM ZIP CODE 16239

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
NOV 17 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Inmate Name MR. CASSIUS M. CLAY    DC # DQ5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

Clerk of Court
UNITED STATES DISTRICT COURT
Western District of Pennsylvania
P.O. BOX 1820
Erie, PA 16107

Inmate Mail Dept. of Corrections