IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASSIUS M. CLAY, SR., )
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　) Civil Action No. 05-125 Erie
　　v. )
　　　　　　　　　　　　　　　　　)
DOMESTIC RELATIONS SECTION, et al., )
　　　　　　　　　　　　　　　　　)
　　　　Defendants. )

## MEMORANDUM ORDER

AND NOW, this 20th day of November, 2006, and upon review, *nunc pro tunc,* of Plaintiff's untimely filed objections [Doc. No. 60] to Magistrate Judge Susan Paradise Baxter's report and recommendation dated September 28, 2006 [Doc. No. 49], recommending that Plaintiff's motion for preliminary injunction [Doc. No. 41] be denied, the following order is entered:

IT IS HEREBY ORDERED the Plaintiff's motion for preliminary injunction [Doc. No. 41] is DENIED.

The Report and Recommendation [Doc. No. 49] of Magistrate Judge Baxter, filed on September 28, 2006, is adopted as the opinion of the Court.

　　　　　　　　　　　　　　　　s/　Sean J. McLaughlin
　　　　　　　　　　　　　　　　United States District Judge

cm:　All parties of record
　　　Susan Paradise Baxter, U.S. Magistrate Judge