IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., | ) |
| | ) Civil Action No. 05-125E |
| Plaintiff, | ) Judge Sean J. McLaughlin |
| | ) Magistrate Susan Paradise Baxter |
| v. | ) |
| | ) |
| TRACEY REEVES, et al., | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

Kindly substitute Senior Deputy Attorney General Mary L. Friedline for Craig E. Maravich, Deputy Attorney General as counsel of record for Tracey Reeves, Angie Marhefka, Jack Loughry, Candis Brimmer, Sharon M. Burks, Dr. Jeffrey A. Beard and D.J. Wakefield, in conjunction with the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:  /s/Mary L. Friedline
Mary L. Friedline
Senior Deputy Attorney General
Attorney I.D. No. 47046

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  November 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2006, I electronically filed the foregoing **Substitution of Counsel** with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:

Cassis M. Clay, Sr.
DQ-5954
SCI-Forest
P.O. Box 945
Marienville, PA 16239-0945

/s/Mary L. Friedline
Mary L. Friedline
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  November 28, 2006