IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

'06   DEC 19   AM :39

| | |
|---|---|
| **CASSIUS M. CLAY**<br>**Plaintiff** | **Civil Action No.: 05-125 Erie** |
| | **District Judge McLaughlin** |
| **VS.** | **Magistrate Judge Baxter** |
| **TRACY REEVES, et al.**<br>**Defendant** | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff, Cassius M. Clay, Pro se, moves this Honorable Court for an order compelling the defendants to produce for inspection and copying, the documents requested on October 23, 2006. In support thereof Plaintiff respectfully states as follows:

1.  On October 23, 2006, Plaintiff served defendants' counsel of record with a Request for Production of Documents, a copy of which is attached hereto as *Exhibit-"A"*.

2.  On November 27, 2006, defendants responded to Plaintiff's October 23, 2006, Request for Production of Documents, a copy of which is attached hereto as *Exhibit-"B"*, raising a multitude of unreasonable objections to the material which Plaintiff seeks to obtain.

3.  Plaintiff respectfully directs this Honorable Court's attention to his sworn affidavit, attached hereto as *Exhibit-"C"*, and brief in support of this motion, filed concurrently with this motion; and requests that after collectively considering the same, this Honorable Court compel the defendants to produce for inspection and copying, the documents requested by Plaintiff on October 23, 2006.

WHEREFORE, for each of the foregoing reasons, Plaintiff, Cassius M. Clay Sr., Pro se, respectfully requests this Honorable Court to grant the relief requested herein, and any other and further relief this Court deems just and proper.

Respectfully submitted,

Cassius M. Clay Sr.
Pro se Plaintiff
Inmate No.: DQ-5954
SCI-Forest
P.O. Box 945
Marienville, PA 16239
(814) 621-2110