Inmate Name CASSIUS M. CLAY SR. DC #DQ5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

U.S. DISTRICT COURT OF PA W.D.
Office of The Clerk
P.O. BOX 1820
Erie, PA 16507

Inmate Mail Dept. of Corrections

RECEIVED

DEC 1 9 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

PA DEPT OF CORRECTIONS

MAILED FROM ZIP CODE