IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No.: 05-125 Erie |
| Appellant, | District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACEY REEVES, et al., | |
| Appellees | |

**NOTICE OF APPEAL**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This document gives Notice that, CASSIUS M. CLAY SR., the Appellant in the Above Captioned case, hereby Appeals from the Order that was entered by the District Court Judge on November 20, 2006, Denying the Appellant's Motion for Preliminary Injunction.

This Appeas is made to the United States Court of Appeals for the Third Circuit.

Dated: DECEMBER 14, 2006.

RESPECTFULLY SUBMITTED;

*Cassius M. Clay Sr.*

CASSIUS M. CLAY SR. DQ5954

P.O. BOX 945

Marienville, PA 16239