IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No.: 05-125 Erie |
| Appellant, | District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACEY REEVES, et al., | |
| Appellees; | |

**NOTICE OF MOTION FOR ASSIGNMENT OF COUNSEL**

**AND GRANTING LEAVE TO APPEAL IN FORMA PAUPERIS**

**PLEASE TAKE NOTICE** that upon the duly verified petition of the Appellant, CASSIUS M. CLAY SR., and all the proceedings had herein, a Motion will be made at a Term of the United States District Court in the Western District of Pennsylvania, Erie, to be held at the United States District Courthouse, _____, Erie PA, on _____, 200__, at _____ [A.M./P.M.], for the Following relief:

1. That an Order issue Granting Assignment of Counsel.

2. That an Order issue Granting leave to appeal in forma pauperis and permitting the Appeal herein to be heard on the original papers in the Court Below without printing the same, and upon typewritten copies of the points of appeal.

3. That an Order issue Granting a reasonable Extension of time in which to perfect the Appeal herein; and for such other and further relief as to the Court may seem just and proper.

Dated: DECEMBER 14, 2006.

_Cassius M. Clay Sr._
CASSIUS M. CLAY SR. DQ5954
P.O. BOX 945
Marienville, PA 16239

(FILED '06 DEC 20 A9:57 CLERK U.S. DISTRICT COURT)