IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No.: 05-125 Erie |
| Appellant, | District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACEY REEVES, et al., | |
| Appellees | |

**ORDER FOR ENTIRE TRANSCRIPT**

Having filed a Notice of Appeal in this matter on December 14, 2006, the Appellant, CASSIUS M. CLAY SR., Respectfully Requests that the Court Reporter prepare the Entire Transcript(s) of the Proceedings in this matter for inclusion in the Record on Appeal.

The Appellant aslo Formally Request for a Second time, a Copy to be Furnished to him, inorder to prepare his Brief with the Correct information that was used in the Two(2) hearings, and the Judge's Determinations.

_____

J.