**INMATE MAIL
PA DEPT OF
CORRECTIONS**

$ 00.87

MAILED FROM ZIP CODE 16239

Inmate Name CASSIUS M. CLAY SR.    DC #DQ5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

U.S. DISTRICT COURT OF PA W.D.
Office of The Clerk
P.O. BOX 1820
Erie, PA 16507

Inmate Mail Dept. of Corrections

**RECEIVED**
DEC 20 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA