**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASSIUS CLAY, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 05-125E |
| v. | ) Judge Sean J. McLaughlin |
| | ) Mag. Judge Susan Paradise Baxter |
| **TRACY REEVES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of defendants' Motion for Summary Judgment, and all responses thereto,

IT IS ORDERED that the Motion is GRANTED.

_____
J