IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125 Erie |
| Appellant, | District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACEY REEVES, et al., | |
| Appellee, | |

**MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL**

   **NOW INTO COURT** comes CASSIUS M. CLAY SR., the Appellant, Pro-Se, and Respctfully moves this Honorable Court to Appoint Counsel for the purpose of representing the Appellant on Appeal, Pursuant to Title 18 U.S.C. §3006A.

   Wherefore, the Appellant CASSIUS M. CLAY SR., Prays that this Honorable Court will Appoint Counsel to Represent him in the above Captioned Action on Appeal to the Third Circuit.

RESPECTFULLY SUBMITTED;

*[signature: Cassius M'Clay Sr.]*

CASSIUS M. CLAY SR., #DQ5954

P.O. BOX 954

Marienville, PA 16239

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125 Erie |
| Appellant, | District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACEY REEVES, et al., | |
| Appellee, | |

ORDER APPOINTING COUNSEL
IN THE COURT OF APPEALS

The Court being satisfied after appropriate inquiry that the Appellant is financially unable to obtain counsel, and said Appellant not waived Appointment of counsel;

**IT IS ORDERED** that the following member of the Bar, is hereby Appointed to represent said Appellant in All matters pertaining to this action.

_____
Attorney Name

_____
Office Address

_____
Telephone Number

Said Attorney or Bar Association or Legal Aid Agency which made the Attorney Available is Authorixed, Pursuant to the provisions of the Criminal Justice Act of 1964, as Amended, 18 U.S.C. §3006A, to present to this Court a claim for compensation and reimbursement for expenses of representation reasonably incurred.

Dated: _____       _____

J.

JANUARY 3, 2007

U.S. District Court Clerk

P.O. BOX 1820

Erie, PA 16507

IN RE: <u>Civil Action No. 05-125 E, C.CLAY v. T. REEVES et. al.</u>

Dear Sirs;

  Greetings, I have a petition for Appointment of Counsel, and Accompanying papers, which were to be filed with the Notice of Appeal to the Third Circuit.

  Unfortunately, the Mail came back with a Postage due? here Again is the Petitions, and I hope that they can be filed, and/or transmitted to the Third Circuit Court of Appeals, for a Determination.

VERY TRULY;

*Cassius M. Clay Sr.*

CASSIUS M. CLAY SR.,

INSTITUTION #DQ5954

P.O. BOX 945

Marienville, PA 16239

cc/file

2 Envelopes