IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., | Civil Action No. 05-125 Erie |
| Appellant, | District Judge McLaughlin |
| VS. | Magistrate Judge Baxter |
| TRACEY REEVES, et al., | |
| Appellee, | |

FILED '07 JAN -8 P2:43 CLERK U.S. DISTRICT COURT

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

**NOW COMES** the Appellant, CASSIUS M. CLAY SR., Pro-Se, and respectfully Moves this Honorable Court for an Order permitting the Appellant to proceed on Appeal in forma pauperis.

In support of, the Appellant States the following:

1. The Appellant presented his motion for Preliminary Injunction Pro-Se in the United States District Court for the Western District of Pennsylvania, before the Magistrate Judge Susan Paradise Baxter, and the District Judge Sean J. McLaughlin.

2. The core issue of, the Illegal taking of this Appellants funds off his Account, was wrongly adjudicated by the Court's Misunderstandings, and thus an error of law.

3. The Court also Joined a Party to the Proceedings, Without giving this Appellant the Requisite Notice, or Hearing.

4. The Appellant is not learned in the law, but has issues that need to be Appealed inorder to preserve his Constitutional right, and to prevent them from being further Violated.

5. The Appellant's Financial State has not improved since the Granting of I.F.P. in this Matter, and has Actually gotten Worse.

(1)

6. The Appellant has three other cases in various courts, and have to budget his money for copies, and postage, where he only makes $45.00 per month on average.

7. The Appellant has no Money to procure an Attorney, or for any other Fees involved with the prosecution of this matter on appeal.

8. No previous Application for the requested relief herein, has been made.

**Wherefore**, in the interest of Justice and in order to preserve the Appellant's right to Appeal, the Appellant Respectfully Urges this Honorable Court to GRANT him Leave to Proceed In Forma Pauperis on Appeal.

RESPECTFULLY SUBMITTED;

Dated: DECEMBER 22, 2006.

*[signature]*
CASSIUS M. CLAY SR. #DQ5954
P.O. BOX 945
Marienville, PA 16239

(2)