Inmate Name CASSIUS M. CLAY SR.   DC # DQ5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL
PA DEPT OF
CORRECTIONS

Office of the Clerk
U.S. District Court W.D.
P.O. BOX 1820
Erie, PA 16507

16507+0820-20 B007

Inmate Mail Dept. of Corrections

RECEIVED
JAN - 8 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES POSTAGE
02 1A
0004630839   JAN 04 2007
MAILED FROM ZIPCODE 16239
$00.39