Inmate Name CASSIUS M. CLAY SR.   DC # DQ5954
Housing Unit: EB-2063
SCI Forest
PO Box 945
Marienville, PA 16239

1 of 2

INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
0004630839   JAN 04 2007
MAILED FROM ZIPCODE 16239
$ 00.39⁰

Office of the Clerk
U.S. District court W.D.
P.O. BOX 1820
Erie, PA 16507

16507+0820-20 8007

Inmate Mail Dept. of Corrections

RECEIVED

JAN - 8 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA