**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 6-5136</u>

Clay

vs.

Reeves, et al.

Cassius M. Clay #DQ-5954, Appellant

(Western District of Pennsylvania Civil No. 05-cv-00125E)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron, Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: January 23, 2007

cc:
    Cassius M. Clay #DQ-5954 Sr.
    Kemal A. Mericli, Esq.