OFFICE OF THE CLERK

**MARCIA M. WALDRON** **UNITED STATES COURT OF APPEALS**    TELEPHONE

CLERK            FOR THE THIRD CIRCUIT                215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

_Erie_ _____ Clerk of District Court        Date _1-23-07_
(District)

_Clay v Reeves et al_            C. of A. No. _06-5136_
(Caption)

_Cassius Clay_
(Appellant)

_05-CV-125 E_
(D.C. No.)

Enclosures:

_____ Certified copy of C. of A. Order by the Court/Clerk
     (Date)

* ____✓____ Record

* _____ Partial Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
         is recalled.

                    _Phyllis Rufford_ (267)-299-_4918_
                         Deputy Clerk        Telephone Number

                    * _Keith Fowlrush_ (267)-299-_4912_
                         Record Processor      Telephone Number

Receipt Acknowledge:

                    _January 25, 2007_

_____
     (Name)

_____
     (Date)

Rev. 9/25/02                                    Appeals
(Record)

**RECEIVED**

JAN 2 9 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA