Inmate Name CASSIUS M. CLAY SR.    DC # DQ5954

Housing Unit: EB-2063

SCI Forest

PO Box 945

Marienville, PA 16239



Label 107R, February 2006

PRIORITY
MAIL

UNITED STATES POSTAL SERVICE®

www.usps.com

LEGAL MAIL

U.S. DISTRICT COURT OF PA

Office of the Clerk of Court

P.O. BOX 1820

Erie, PA 16507

Inmate Mail Dept. of Corrections

RECEIVED

FEB 2 0 2007

CLERK U.S. DISTRICT COURT

WEST. DIST. OF PENNSYLVANIA