**EXHIBIT E**

Misconduct # :  A642616                                  Incident Date & Time :  03/17/2007  17:00

**Misconduct Data**

| | |
|---|---|
| Form 141 : | 801 |
| Others Involved : | Staff |
| Incident Facility : | Forest |
| Incident Location : | Canopy/walkway |
| Detail Incident Location : | |
| Category Of Charges : | A,B |
| Drug Related : | No |
| Pre-hearing Confinement : | No |
| Form Given to Inmate : | |
| Request for Witnesses and Representaion : | Yes |
| Inmate's Version : | Yes |
| Reporting staff : | Sipos Gary |
| Reviewing staff : | Story Eric |
| Inmate Served Notice on : | 03/17/2007 20:41 |
| Schedule Anytime after : | 03/18/2007 20:41 |

Report Date :  03/17/2007

Reviewed On :  03/17/2007

**Charges for Misconduct**

| Reference | Count | Charge Description |
|---|---|---|
| 33 | 1 | Using Abusive, Obscene, Or Inappropriate |
| 35 | 1 | Refusing To Obey An Order |
| 43 | 1 | Presence In An Unauthorized Area |

**Hearing Results**

Hearing On :  03/21/2007  10:12
Examiner :  John Andrade
Hearing Continued :  No
Inmate Waived Right To :  N/A

| Class | Charge | Plea Category | Counts | Guilty | Non Guilty | Non Plea | Verdict Guilty | Non Guilty | Dismissed W/P | WO/P |
|---|---|---|---|---|---|---|---|---|---|---|
| I | A | 33 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| I | B | 35 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| I | B | 43 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |

**Sanctions Imposed**

Hearing Date : 03/21/2007

| Status | Sanction Description | Effective Date | Days | Relationship |
|---|---|---|---|---|
| Served | Disciplinary Custody | 03/21/2007 | 30 | NA |

**Appeal Process**

Hearing Date : 03/21/2007

| | Date Appeal Received by DOC | Grounds | Records Received | Date of Review | Outcome |
|---|---|---|---|---|---|
| First : | 03/22/2007 | Abc | | 03/28/2007 | Uphold Hea |
| Second : | 04/04/2007 | Abc | | 04/10/2007 | Uphold Hea |
| Final : | 04/24/2007 | Abc | 04/26/2007 | 04/27/2007 | Uphold Hea |