## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 05-125E |
| v. | ) Judge Sean J. McLaughlin |
| | ) Mag. Judge Susan Paradise Baxter |
| TRACY REEVES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this ___ day of August, 2007, upon consideration of defendants' Motion for Leave to file a Supplemental Motion for Summary Judgment, it is hereby ORDERED that said Motion is GRANTED.  Defendants shall file a supplemental motion for summary judgment on or before August 27, 2007.

_____