AUGUST 2, 2007

IN RE: <u>CLAY v. REEVES, et al</u>
<u>NO. 05-125 E</u>

Clerk of Court
U.S. District Court of PA W.D.
17 South Park Row
Erie, PA 16501

'07 AUG -8 AM 11:37
CLERK
U.S. DISTRICT COURT

Dear Sirs:

Greetings, I am today writing to inform the Court of a few new developments: (1) I have been transferred to S.C.I. Pittsburgh, and have a date of 8-13-07 to respond to The Magistrate Judge's Report & Recommendation at: <u>CLAY v. REEVES, et al</u> <u>No. 1:05-cv-125</u>. (2) The Law-Library is not up & running, and may not be until next month (as I was told). (3) There are also no typewriter's here and I had mine sent out for repair, as such I will be shortly preparing a Motion for Extension of Time to respond to the Magistrate Judge's Report & Recommendation, (when I get my property, which I was told could take up to a week). Lastly please send any & all correspondence's to the address below.

Very Truly;

<u>Cassius M. Clay Sr.</u>
Cassius M. Clay Sr. DQ5954
P.O. Box 99991
Pittsburgh, PA 15233

NAME Case SM City SCI
NUMBER DK5854
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
AUG – 8 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Court
U.S. District Court W.D.
17 South Park Row
Erie, PA 16501

Hasler
US POSTAGE
$00.41⁰