NAME: Mr. Cassius McClayse
NUMBER: DQ5954

INMATE MAIL
PA DEPT. OF CORRECTIONS
PO Box 99991, Pittsburgh PA 15233

**RECEIVED**

AUG 1 4 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Court
Clerk of Court
17 South Park Row
Erie, PA 16501

Hasler
$00.41⁹
US POSTAGE