**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**CASSIUS CLAY, SR.,**                    )
                                          )
                        **Plaintiff,**    )
                                          )  **Civil Action No. 05-125E**
            **v.**                        )  **Judge Sean J. McLaughlin**
                                          )  **Mag. Judge Susan Paradise Baxter**
**TRACY REEVES, et al.,**                 )
                                          )
                        **Defendants.**   )


## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

AND NOW come the defendants, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Friedline, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and pursuant to this Court's August 7, 2007 Order, submit the Supplemental Motion for Summary Judgment:

1.    By Order dated August 7, 2007, this Court granted defendants leave to file a supplemental motion for summary judgment.

2.    For the reasons stated herein, and in the attached exhibits, supporting brief and concise statement of undisputed material facts filed herewith, no genuine issue of material fact remains and defendants are entitled to summary judgment as a matter of law with respect to plaintiff's access to courts and mail tampering claims.

3.    Defendants incorporate herein their previous partial motion for summary judgment and supporting brief and exhibits, along with the concise statement of undisputed material fact.  (Doc's 72, 73 and 74.)

WHEREFORE, it is respectfully requested that the Court grant defendants'

Supplemental Motion for Summary Judgment.


Respectfully submitted,

**THOMAS W. CORBETT JR.,
Attorney General**


By:    /s/ Mary Lynch Friedline
       MARY LYNCH FRIEDLINE
       Senior Deputy Attorney General
       PA I.D. # 47046

       Susan J. Forney
       Chief Deputy Attorney General
       Chief, Litigation Section


OFFICE OF ATTORNEY GENERAL
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date:  August 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed the foregoing **Supplemental Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system.  And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:


Cassis M. Clay, Sr., DQ-5954
SCI-Pittsburgh
P.O. Box 99991
Pittsburgh, PA 15233


By:    /s/  Mary Friedline
       MARY FRIEDLINE
       Senior Deputy Attorney General


OFFICE OF ATTORNEY GENERAL
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15129