# EXHIBIT AA

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET

**Docket Number: CP-02-CR-0013854-1996**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 2 of 25

## CHARGES

| Sequence | Grade | Section/ Description | Statute Description | Offense Date | OTN |
|----------|-------|---------------------|---------------------|--------------|-----|
| 1 | M | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 09/25/1996 | C9370642 |
| 2 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 09/25/1996 | C9370642 |
| 3 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 09/25/1996 | C9370642 |

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | |
|-------------|---|---|
| Case Event | Disposition Date | Final Disposition |
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |

**Migrated Disposition**

| Migrated Dispositional Event | 04/22/1998 | Final Disposition |
|------------------------------|------------|-------------------|
| 1 / Int Poss Contr Subst By Per Not Reg | Guilty | 35 § 780-113 §§A16 |
| 2 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty | 35 § 780-113 §§A30 |
| 3 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty | 35 § 780-113 §§A30 |
| Migrated, Judge | 06/23/1998 | |
| Confinement | Min of 5.00 Years | |
| | Max of 10.00 Years | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013854-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 21 of 25

## ENTRIES

Document/Sequence    CP Filed Date    Document Date

  Title

   Comments

    Registry Entry

Service To                          Service By                          Filed By

  Issue Date              Service Type              Status Date              Service Status

---

2                      02/21/2003
ORDER DENYING ALLOW OF APPEAL TO SU
  ORDER DENYING ALLOW OF APPEAL TO SUPREME CT
  Motion Judge:   Motion Return Date:   Motion Disposition: ORDER DENYING ALLOW OF APPEAL TO SUPREME CT
  Motion Disposition Date:

                                Migrated, Filer

1                      04/22/2003
  Post Trial Motions: Apr 22 2003 12:
   Post Trial Motions: Apr 22 2003 12:00AM

                                Migrated, Filer

2                      04/22/2003
  Post Conviction Relief Act Petition
   Post Conviction Relief Act Petition
  Motion Judge:  Motion Return Date:  Motion Disposition: Post Conviction Relief Act Petition Motion Disposition Date:
                                Migrated, Filer

1                      11/06/2003
DEFENDANT'S BRIEF AND/OR AMENDED:PO
  DEFENDANT'S BRIEF AND/OR AMENDED:POST TRIAL MOTION
  Motion Judge: Bigley Gerard M Motion Return Date: Nov  6 2003 12:00AM Motion Disposition: DEFENDANT'S BRIEF
  AND/OR AMENDED:POST TRIAL MOTION Motion Disposition Date:
                                Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013854-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 22 of 25

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date |
|---|---|---|
| Title | | |
| Comments | | |
| Registry Entry | | |

| Service To | Service By | Filed By |
|---|---|---|
| Issue Date | Service Type | Status Date | Service Status |

---

1      05/20/2004
NOTICE OF INTENT TO DISMISS PCRA
M

  NOTICE OF INTENT TO DISMISS PCRA
  Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Disposition: NOTICE OF INTENT TO DISMISS PCRA Motion Disposition Date:

                                           Migrated, Filer

2      05/20/2004
ORDER - APPOINTMENT OF COUNSEL DENI

  ORDER - APPOINTMENT OF COUNSEL DENIED
  Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Disposition: ORDER - APPOINTMENT OF COUNSEL DENIED Motion Disposition Date:

                                           Migrated, Filer

1      06/10/2004
RESPONSE TO INTENT TO DISMISS PCRA

  RESPONSE TO INTENT TO DISMISS PCRA
  Motion Judge: Bigley Gerard M Motion Return Date: Jun 10 2004 12:00AM Motion Disposition: RESPONSE TO INTENT TO DISMISS PCRA Motion Disposition Date:

                                           Migrated, Filer

1      07/21/2004
ORDER-PCRA IS DENIED/DISMISSED
Mot

  ORDER-PCRA IS DENIED/DISMISSED
  Motion Judge: Bigley Gerard M Motion Return Date: Jul 23 2004 12:00AM Motion Disposition: ORDER-PCRA IS DENIED/DISMISSED Motion Disposition Date:

                                           Migrated, Filer

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets  Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S  Section 9183

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013854-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 23 of 25

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date |
| --- | --- | --- |

Title

Comments

Registry Entry

| Service To | Service By | Filed By |
| --- | --- | --- |
| Issue Date | Service Type | Status Date | Service Status |

1                    10/06/2004

Appeal by Defense to Superior Court

Appeal by Defense to Superior Court

Motion Judge: Bigley Gerard M Motion Return Date: Feb 14 2005 12:00AM Motion Dispostion: Appeal by Defense to Superior Court Motion Dispostion Date: 06-OCT-04

Migrated, Filer

1                    03/16/2005

RECORD TRANSMITTED TO SUPERIOR COUR

RECORD TRANSMITTED TO SUPERIOR COURT

Motion Judge: Bigley Gerard M Motion Return Date: Mar 16 2005 12:00AM Motion Dispostion: RECORD TRANSMITTED TO SUPERIOR COURT Motion Dispostion Date:

Migrated, Filer

1                    02/16/2006

RECORD RECEIVED FROM SUPERIOR COURT

RECORD RECEIVED FROM SUPERIOR COURT

Motion Judge: Bigley Gerard M Motion Return Date: Feb 16 2006 12:00AM Motion Dispostion: RECORD RECEIVED FROM SUPERIOR COURT Motion Dispostion Date:

Migrated, Filer

1                    03/31/2006          02/03/2006

Petition for Allowance of Appeal Filed - Supreme Court

Supreme Court of Pennsylvania - Western District

1                    09/18/2006

Petition for Allowance of Appeal Denied - Supreme Court

Supreme Court of Pennsylvania - Western District

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET

**Docket Number: CP-02-CR-0013852-1996**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 2 of 25

## CHARGES

| Sequence | Grade | Section/ Description | Statute Description | Offense Date | OTN |
|----------|-------|---------------------|---------------------|--------------|-----|
| 1 | M | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 10/17/1996 | C9409186 |
| 2 | M | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 10/17/1996 | C9409186 |
| 3 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 10/17/1996 | C9409186 |
| 4 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 10/17/1996 | C9409186 |

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | |
|-------------|---|---|
| Case Event | Disposition Date | Final Disposition |
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |

**Migrated Disposition**

| Migrated Dispositional Event | 04/22/1998 | Final Disposition |
|------------------------------|------------|-------------------|
| 1 / Int Poss Contr Subst By Per Not Reg | Guilty | 35 § 780-113 §§A16 |
| 2 / Int Poss Contr Subst By Per Not Reg | Guilty | 35 § 780-113 §§A16 |
| 3 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty | 35 § 780-113 §§A30 |
| Migrated, Judge | 06/23/1998 | |
| Confinement | Min of 6.00 Months | 06/03/1997 |
| | Max of 15.00 Years | |
| | | |
| 4 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty | 35 § 780-113 §§A30 |
| Migrated, Judge | 06/23/1998 | |
| Confinement | Min of 5.00 Years | 06/03/1997 |
| | Max of 10.00 Years | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013852-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 22 of 25

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Title | | | | |
| Comments | | | | |
| Registry Entry | | | | |
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | | Status Date | Service Status |

1                          05/20/2004
NOTICE OF INTENT TO DISMISS PCRA
M
   NOTICE OF INTENT TO DISMISS PCRA
   Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Dispostion: NOTICE OF INTENT TO
   DISMISS PCRA Motion Dispostion Date:
                                                                    Migrated, Filer

2                          05/20/2004
ORDER - APPOINTMENT OF COUNSEL DENI
   ORDER - APPOINTMENT OF COUNSEL DENIED
   Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Dispostion: ORDER -
   APPOINTMENT OF COUNSEL DENIED Motion Dispostion Date:
                                                                    Migrated, Filer

1                          06/10/2004
RESPONSE TO INTENT TO DISMISS PCRA
   RESPONSE TO INTENT TO DISMISS PCRA
   Motion Judge: Bigley Gerard M Motion Return Date: Jun 10 2004 12:00AM Motion Dispostion: RESPONSE TO INTENT
   TO DISMISS PCRA Motion Dispostion Date:
                                                                    Migrated, Filer

1                          07/21/2004
ORDER-PCRA IS DENIED/DISMISSED
Mot
   ORDER-PCRA IS DENIED/DISMISSED
   Motion Judge: Bigley Gerard M Motion Return Date: Jul 23 2004 12:00AM Motion Dispostion: ORDER-PCRA IS
   DENIED/DISMISSED Motion Dispostion Date:
                                                                    Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the
Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket
Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.
Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set
forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



**Docket Number: CP-02-CR-0013852-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania                                    Page 23 of 25
v.
Cassius Marcellious Clay

## ENTRIES

Document/Sequence          CP Filed Date          Document Date

Title

Comments

Registry Entry

Service To                      Service By                          Filed By

Issue Date          Service Type          Status Date          Service Status

1                10/06/2004
Appeal by Defense to Superior Court
  Appeal by Defense to Superior Court
  Motion Judge: Bigley Gerard M  Motion Return Date: Feb  14 2005 12:00AM  Motion Disposition: Appeal  by  Defense  to
  Superior Court Motion Dispostion Date:  02-NOV-05

                                                                        Migrated, Filer

1                03/16/2005
  RECORD TRANSMITTED TO SUPERIOR COUR
  RECORD TRANSMITTED TO SUPERIOR COURT
  Motion  Judge:  Bigley  Gerard  M  Motion  Return  Date:  Mar   16 2005 12:00AM  Motion  Disposition:   RECORD
  TRANSMITTED TO SUPERIOR COURT Motion Dispostion Date:

                                                                        Migrated, Filer

1                02/16/2006
  RECORD RECEIVED FROM SUPERIOR COURT
  RECORD RECEIVED FROM SUPERIOR COURT
  Motion  Judge:  Bigley  Gerard  M  Motion  Return  Date:  Feb   16 2006 12:00AM  Motion  Disposition:  RECORD  RECEIVED
  FROM SUPERIOR COURT Motion Dispostion Date:

                                                                        Migrated, Filer

1                03/31/2006          02/03/2006
  Petition for Allowance of Appeal Filed - Supreme Court

                                                                        Supreme Court of Pennsylvania -
                                                                        Western District

1                09/18/2006
  Petition for Allowance of Appeal Denied - Supreme Court

                                                                        Supreme Court of Pennsylvania -
                                                                        Western District

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the
Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket
Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.
Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set
forth in 18 Pa C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013853-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 2 of 24

## CHARGES

| Sequence | Grade | Section/ Description | Statute Description | Offense Date | OTN |
|----------|-------|----------------------|---------------------|--------------|-----|
| 1 | M | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 09/17/1996 | C9370631 |
| 2 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 09/17/1996 | C9370631 |
| 3 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 10/17/1996 | C9370631 |

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | |
|---|---|---|
| Case Event | Disposition Date | Final Disposition |
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |

**Migrated Disposition**

| Migrated Dispositional Event | 04/22/1998 | Final Disposition |
|---|---|---|
| 1 / Int Poss Contr Subst By Per Not Reg | Guilty | 35 § 780-113 §§A16 |
| 2 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty | 35 § 780-113 §§A30 |
| 3 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty | 35 § 780-113 §§A30 |
| Migrated, Judge | 06/23/1998 | |
| Confinement | Min of 1.00 Years | |
| | Max of 10.00 Years | |

Printed  07/30/2007

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013853-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 21 of 24

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Title | | | | |
| Comments | | | | |
| Registry Entry | | | | |
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status | |

Migrated, Filer

| 1 | 04/22/2003 | | | |
|---|---|---|---|---|

Post Trial Motions: Apr 22 2003 12:

Post Trial Motions: Apr 22 2003 12:00AM

Migrated, Filer

| 2 | 04/22/2003 | | | |
|---|---|---|---|---|

Post Conviction Relief Act Petition

Post Conviction Relief Act Petition

Motion Judge:  Motion Return Date:  Motion Dispostion: Post Conviction Relief Act Petition Motion Dispostion Date:

Migrated, Filer

| 1 | 11/06/2003 | | | |
|---|---|---|---|---|

DEFENDANT'S BRIEF AND/OR AMENDED:PO

DEFENDANT'S BRIEF AND/OR AMENDED:POST TRIAL MOTION

Motion Judge: Bigley Gerard M Motion Return Date: Nov  6 2003 12:00AM Motion  Dispostion:  DEFENDANT'S  BRIEF AND/OR AMENDED:POST TRIAL MOTION Motion Dispostion Date:

Migrated, Filer

| 1 | 05/20/2004 | | | |
|---|---|---|---|---|

NOTICE OF INTENT TO DISMISS PCRA
M

NOTICE OF INTENT TO DISMISS PCRA

Motion Judge: Bigley Gerard M Motion Return Date: May  21 2004 12:00AM Motion  Dispostion:  NOTICE  OF  INTENT  TO DISMISS PCRA Motion Dispostion Date:

Migrated, Filer

AOPC 2220 - Rev 07/30/2007

Printed  07/30/2007

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET

**Docket Number: CP-02-CR-0013853-1996**
# CRIMINAL DOCKET
**Court Case**



Commonwealth of Pennsylvania
v.
Cassius Marcellious Clay

Page 22 of 24

## ENTRIES

Document/Sequence     CP Filed Date          Document Date
  Title
    Comments
      Registry Entry
Service To                          Service By                              Filed By
  Issue Date            Service Type            Status Date        Service Status

2                       05/20/2004
  ORDER - APPOINTMENT OF COUNSEL DENI
    ORDER - APPOINTMENT OF COUNSEL DENIED
    Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Disposition: ORDER - APPOINTMENT OF COUNSEL DENIED Motion Dispostion Date:
                                                        Migrated, Filer

1                       06/10/2004
  RESPONSE TO INTENT TO DISMISS PCRA
    RESPONSE TO INTENT TO DISMISS PCRA
    Motion Judge: Bigley Gerard M Motion Return Date: Jun 10 2004 12:00AM Motion Disposition: RESPONSE TO INTENT TO DISMISS PCRA Motion Dispostion Date:
                                                        Migrated, Filer

1                       07/21/2004
  ORDER-PCRA IS DENIED/DISMISSED
  Mot
    ORDER-PCRA IS DENIED/DISMISSED
    Motion Judge: Bigley Gerard M Motion Return Date: Jul 23 2004 12:00AM Motion Disposition: ORDER-PCRA IS DENIED/DISMISSED Motion Dispostion Date:
                                                        Migrated, Filer

1                       10/06/2004
  Appeal by Defense to Superior Court
    Appeal by Defense to Superior Court
    Motion Judge: Bigley Gerard M Motion Return Date: Feb 14 2005 12:00AM Motion Disposition: Appeal by Defense to Superior Court Motion Dispostion Date: 02-NOV-05
                                                        Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa C S Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

### DOCKET

**Docket Number: CP-02-CR-0013853-1996**

## CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 23 of 24

## ENTRIES

Document/Sequence     CP Filed Date      Document Date

   Title

    Comments

     Registry Entry

Service To               Service By                  Filed By

   Issue Date         Service Type          Status Date         Service Status

---

1           03/16/2005

RECORD TRANSMITTED TO SUPERIOR COUR

   RECORD TRANSMITTED TO SUPERIOR COURT

   Motion Judge: Bigley Gerard M Motion Return Date: Mar 16 2005 12:00AM Motion Disposition: RECORD TRANSMITTED TO SUPERIOR COURT Motion Disposition Date:

                                      Migrated, Filer

1           02/16/2006

RECORD RECEIVED FROM SUPERIOR COURT

   RECORD RECEIVED FROM SUPERIOR COURT

   Motion Judge: Bigley Gerard M Motion Return Date: Feb 16 2006 12:00AM Motion Disposition: RECORD RECEIVED FROM SUPERIOR COURT Motion Disposition Date:

                                      Migrated, Filer

1           03/31/2006          02/03/2006

   Petition for Allowance of Appeal Filed - Supreme Court

                                      Supreme Court of Pennsylvania - Western District

1           09/18/2006

   Petition for Allowance of Appeal Denied - Supreme Court

                                      Supreme Court of Pennsylvania - Western District

1           04/18/2007

   Motion for Return of Property

Court of Common Pleas - Allegheny County                            Clay, Cassius Marcellious

   04/18/2007          Interoffice

---

AOPC 2220 - Rev 07/30/2007                                          Printed 07/30/2007

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa C S Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



**Docket Number: CP-02-CR-0013251-1996**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 16 of 19

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date | | | | |
|---|---|---|---|---|---|---|
| Title | | | | | | |
| Comments | | | | | | |
| Registry Entry | | | | | | |
| Service To | | Service By | | | Filed By | |
| Issue Date | Service Type | | Status Date | | Service Status | |

3                05/20/2004
ORDER - APPOINTMENT OF COUNSEL DENI
   ORDER - APPOINTMENT OF COUNSEL DENIED
   Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Disposition: ORDER - APPOINTMENT OF COUNSEL DENIED Motion Dispostion Date:

                Migrated, Filer

1                05/21/2004
ORDER - APPOINTMENT OF COUNSEL DENI
   ORDER - APPOINTMENT OF COUNSEL DENIED
   Motion Judge: Bigley Gerard M Motion Return Date: May 21 2004 12:00AM Motion Disposition: ORDER - APPOINTMENT OF COUNSEL DENIED Motion Dispostion Date:

                Migrated, Filer

1                06/10/2004
RESPONSE TO INTENT TO DISMISS PCRA
   RESPONSE TO INTENT TO DISMISS PCRA
   Motion Judge: Bigley Gerard M Motion Return Date: Jun 10 2004 12:00AM Motion Disposition: RESPONSE TO INTENT TO DISMISS PCRA Motion Dispostion Date:

                Migrated, Filer

1                07/21/2004
ORDER-PCRA IS DENIED/DISMISSED
Mot
   ORDER-PCRA IS DENIED/DISMISSED
   Motion Judge: Bigley Gerard M Motion Return Date: Jul 23 2004 12:00AM Motion Disposition: ORDER-PCRA IS DENIED/DISMISSED Motion Dispostion Date:

                Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013251-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v

Cassius Marcellious Clay

Page 17 of 19

## ENTRIES

Document/Sequence

  Title

    Comments

     Registry Entry

Service To

  Issue Date

CP Filed Date

    Service Type

Service By

     Status Date

Document Date

Filed By

    Service Status

---

1                              10/06/2004

Appeal by Defense to Superior Court

  Appeal by Defense to Superior Court

  Motion Judge: Bigley Gerard M Motion Return Date: Feb 14 2005 12:00AM Motion Disposition: Appeal by Defense to
  Superior Court Motion Disposition Date: 02-NOV-05

                                           Migrated, Filer

1                              02/25/2005

Judge Assignment: Feb 25 2005 12:00

  Judge Assignment: Feb 25 2005 12:00AM

                                           Migrated, Filer

1                              03/16/2005

RECORD TRANSMITTED TO SUPERIOR COUR

  RECORD TRANSMITTED TO SUPERIOR COURT

  Motion Judge: Manning Jeffrey A Motion Return Date: Mar 16 2005 12:00AM Motion Disposition: RECORD
  TRANSMITTED TO SUPERIOR COURT Motion Disposition Date:

                                           Migrated, Filer

1                              02/16/2006

RECORD RECEIVED FROM SUPERIOR COURT

  RECORD RECEIVED FROM SUPERIOR COURT

  Motion Judge: Manning Jeffrey A Motion Return Date: Feb 16 2006 12:00AM Motion Disposition: RECORD RECEIVED
  FROM SUPERIOR COURT Motion Disposition Date:

                                           Migrated, Filer

1                              03/31/2006          02/03/2006

Petition for Allowance of Appeal Filed - Supreme Court

                                           Supreme Court of Pennsylvania -
                                           Western District

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the
Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket
Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.
Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set
forth in 18 Pa.C S. Section 9183

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0013251-1996**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Marcellious Clay

Page 18 of 19

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Title | | | | |
| Comments | | | | |
| Registry Entry | | | | |
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | | Service Status |

1                           09/18/2006
Petition for Allowance of Appeal Denied - Supreme Court

Supreme Court of Pennsylvania -
Western District

## PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | | Suspended | Next Due Amt |
| 02-2006-P5704 | Monthly | 03/01/2006 | True | $459.80 |
| Clay, Cassius | | | False | $40.40 |

Payment Plan History:

## CASE FINANCIAL INFORMATION

Last Payment Date:                                                        Total of Last Payment: $0.00

| **Clay, Cassius Marcellious**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| DNA Detection Fund (Act 57 of 2002) | $8.08 | $0.00 | $0.00 | $0.00 | $8.08 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $6.92 | $0.00 | $0.00 | $0.00 | $6.92 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa C S  Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET

**Docket Number: CP-02-CR-0008098-1997**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Cassius Clay

Page 2 of 17

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |

**Migrated Disposition**

| | | |
|---|---|---|
| Migrated Dispositional Event | 06/23/1998 | Final Disposition |
| 1 / Escape | Guilty Plea | **18 § 5121 §§A** |
| Migrated, Judge | 06/23/1998 | |
| Confinement | Min of 6.00 Months | |
| | Max of 7.00 Years | |

## COMMONWEALTH INFORMATION

Name:    Daniel J. Cuddy, Esq.
District Attorney
Supreme Court No:    070392
Phone Number(s):
(412) 350-5656    (Phone)
Address:
Allegheny County District Attorney's Office
436 Grant Street
Pittsburgh PA  15219

## ATTORNEY INFORMATION

Name:    Unidentified Attorney
Public Defender
Supreme Court No:
Counsel Status:    Active
Phone Number(s):
Address:

Representing: Clay, Cassius

Printed  07/30/2007

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY
## DOCKET



**Docket Number: CP-02-CR-0008098-1997**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Cassius Clay

Page 14 of 17

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Title | | | | |
| Comments | | | | |
| Registry Entry | | | | |
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status | |
| | | | | Migrated, Filer |

2          08/19/2002
PET.FOR ALLOWANCE OF APPEAL TO SUPR
  PET.FOR ALLOWANCE OF APPEAL TO SUPREME COURT
  Motion Judge:   Motion Return Date:   Motion Dispostion: PET.FOR ALLOWANCE OF APPEAL TO SUPREME COURT
  Motion Disposition Date:

Migrated, Filer

1          02/21/2003
  Post Trial Activities: Feb 21 2003
    Post Trial Activities: Feb 21 2003 12:00AM

Migrated, Filer

2          02/21/2003
ORDER DENYING ALLOW OF APPEAL TO SU
  ORDER DENYING ALLOW OF APPEAL TO SUPREME CT
  Motion Judge:   Motion Return Date:   Motion Dispostion: ORDER DENYING ALLOW OF APPEAL TO SUPREME CT
  Motion Disposition Date:

Migrated, Filer

1          04/22/2003
  Post Trial Motions: Apr 22 2003 12:
    Post Trial Motions: Apr 22 2003 12:00AM

Migrated, Filer

2          04/22/2003
  Post Conviction Relief Act Petition
    Post Conviction Relief Act Petition
  Motion Judge: Motion Return Date: Motion Dispostion: Post Conviction Relief Act Petition Motion Dispostion Date:

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET

**Docket Number: CP-02-CR-0008098-1997**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Cassius Clay

Page 16 of 17

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date |
| --- | --- | --- |
| Title | | |
| Comments | | |
| Registry Entry | | |

| Service To | | Service By | | Filed By |
| --- | --- | --- | --- | --- |
| Issue Date | Service Type | | Status Date | Service Status |

1                    07/21/2004
ORDER-PCRA IS DENIED/DISMISSED
Mot
  ORDER-PCRA IS DENIED/DISMISSED
  Motion Judge: Bigley Gerard M Motion Return Date: Jul 23 2004 12:00AM Motion Disposition: ORDER-PCRA IS DENIED/DISMISSED Motion Disposition Date:

                                                            Migrated, Filer

1                    10/06/2004
Appeal by Defense to Superior Court
  Appeal by Defense to Superior Court
  Motion Judge: Bigley Gerard M Motion Return Date: Feb 14 2005 12:00AM Motion Disposition: Appeal by Defense to Superior Court Motion Disposition Date: 02-NOV-05

                                                            Migrated, Filer

1                    03/16/2005
RECORD TRANSMITTED TO SUPERIOR COUR
  RECORD TRANSMITTED TO SUPERIOR COURT
  Motion Judge: Bigley Gerard M Motion Return Date: Mar 16 2005 12:00AM Motion Disposition: RECORD TRANSMITTED TO SUPERIOR COURT Motion Disposition Date:

                                                            Migrated, Filer

1                    02/16/2006
RECORD RECEIVED FROM SUPERIOR COURT
  RECORD RECEIVED FROM SUPERIOR COURT
  Motion Judge: Bigley Gerard M Motion Return Date: Feb 16 2006 12:00AM Motion Disposition: RECORD RECEIVED FROM SUPERIOR COURT Motion Disposition Date:

                                                            Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0008098-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Cassius Clay

Page 17 of 17

## ENTRIES

| Document/Sequence | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Title | | | | |
| Comments | | | | |
| Registry Entry | | | | |
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status | |
| 1 | 03/31/2006 | 02/03/2006 | | |
| Petition for Allowance of Appeal Filed - Supreme Court | | | | |
| | | | | Supreme Court of Pennsylvania - Western District |
| 1 | 09/18/2006 | | | |
| Petition for Allowance of Appeal Denied - Supreme Court | | | | |
| | | | | Supreme Court of Pennsylvania - Western District |

Printed  07/30/2007

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# EXHIBIT BB

DC-804
Part 1

PAGE 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_49515_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR ANGIE MARHEFKA | FACILITY: GREENSBURG | DATE: 4-16-03 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) CASSIUS M. CLAY   DQ5954 | SIGNATURE of INMATE: | |
| WORK ASSIGNMENT: PM JANITIOR | HOUSING ASSIGNMENT: L-16 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 4-15-03, I placed my P.C.R.A. Petition in the mail. Later on that day my Petition came back with Insufficient funds marked on it. The day before, on 4-14-03, I stopped the mail lady to talk to her, and specifically told her, that I had a Petition that had to go out, and I Anticipate money to come in later this week. She said that; if you are indigent then you have to write to the business office to be placed on indigent status. I told her that, indigent status did not apply to me, and that I have a Deadline that I have to meet, and I Anticipate money to come in so I can have my account debited, but I will also write the business office anyway. (inwhich I did). On 4-16-03, I waited for the mail lady to come to the unit, to see why my Petition was not mailed. While I was waiting, I remembered what C.O. Starks told me the day before, to talk to Mr. Dibridige the first thing in the morning to address the situation. While waiting I saw him outside his office, and I proceded to talk to him about the situation, of what the DC-ADm 803 states, for ANTICIPATED Postage on page 11, (b); that any Inmate, that has a Petition to be filed into the Courts, but does not have the money on the books, can have their account Debited in order to satisfy the Courts Deadline.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

1. Talked to Mrs. Candis Brimmer, and Mr. Harrison, they both as noted above said that; This section was for Indigent Inmates, but I tried to explain that it wasn't, and in other Prisions they go by this Example that I was trying to Explain.

2. Also talked to Mr. Dibridige, who told me to talk to mr. Harrison.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator          4-18-03          Date

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

4 9515

GRIEVANCE NUMBER

PAGE    2

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR ANGIE MARHEFKA | FACILITY: GREENSBURG | DATE: 4-16-03 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) CASSIUS M. CLAY    DQ5954 | SIGNATURE of INMATE: | |
| WORK ASSIGNMENT: PM Janitor | HOUSING ASSIGNMENT: L-16 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Mr. Dibridige told me to see Mr. Harrision, and if he did not know what to do to come back and see him. I then went in to see Mr. Harrision, and he said to show the mail lady the DC-ADM 803 Policy, wich I only had Page 11, that applied to me, so when I went back to the block about 8:00 to wait, Mrs. candis brimmer(the mail lady) came, and after she done her job, I ask to speak with her, and then I went on to show her the Policy, which she still said that as we talked yesterday, that I needed to be indigent, then Mr. Harrision came and joined in and said the same, but I told him they are Misinterpreting what the Policy states. I also told them that Other prisions that I have been in Have done this for the inmates, at Mahanoy, and Houtzdale, as other inmates also stated to them. when I asked her again why the Petition came back, She said that she knew that it was going to get sent back cause they put the insuficient funds on it yesterday, although I did not show her my pink money reciept, she said that I was in the red for $24.00, and when I asked why, she did not know how or why just that I was in the red. I finally told her that I will put this back in to be addressed again, and she said that It would get sent back again.  This is Denying me Access to the Court. ~~I ask that , my petition be sent, and Myaccount Charged a Debit.~~

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Angie Marhefka_
Signature of Facility Grievance Coordinator

4-18-03
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

DC-804
Part 2

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO.     49518

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| Cassius Clay  DQ-5954 | SCI-GREENSBURG | L-16 | 04-18-03 |

The following is a summary of my findings regarding your grievance:

When citing a policy, you must take into account all information pertaining to the subject matter you reference. In this case, you cite a sub-section of the DC-ADM 815 found on page 11 and assert that based on that limited information, you are entitled to anticipate funds to mail a Petition for Review.

You overlook the fact, however, that the sub-section you cite falls under the criteria set forth for section C, Stationary, Pen, and Postage for Indigent Inmates, and begins on page 9 of the DC-ADM 815. In paraphrasing this section, it provides that indigent inmates shall be able to anticipate the cost for postage to file papers necessary to the good-faith pursuit of legal remedies.

Accordingly, you would have to meet the definition given in the DC-ADM 815 for indigent inmate before you could anticipate postage to mail a Petition for Review. If you meet that definition, you can obtain an application from the inmate library to apply for and seek approval to be given that status for a 30-day period.

cc:   Angie Marhefka
Records Office
Mr. Popyak
file

| Print Name & Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Jack Loughry<br>Business Manager | | 4/21/03 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSIUS CLAY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-125E |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | Mag. Judge Susan Paradise Baxter |
| TRACY REEVES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF TRACY POLLOCK

I, Tracy Pollock, verify that the foregoing information is true and correct to the best of my personal knowledge or information and belief.

1.     I am presently employed by the Commonwealth of Pennsylvania, Department of Corrections, as a Grievance Review Officer in the Grievance Review Office. As part of my duties, I am responsible for reviewing grievance records of appeals. The Secretary's Office of Inmate Grievances and Appeals conducts the final review of inmate grievances, in accord with Administrative Directive 804. This directive is part of the Inmate Handbook, which is provided to each inmate and serves as the rules and regulations of the institution.

2.     A grievance must be appealed through all administrative levels of appeal at an inmate's institution and the Department of Corrections. DC-ADM 804 outlines the necessary steps. Once an inmate has complied with all of the procedural requirements and a grievance has received Initial Review, an inmate must file an Appeal from Initial Review to the Superintendent. Once an inmate has received a disposition of an appeal from the Superintendent, an inmate must appeal to the Secretary's Office of Inmate Grievances and Appeals and seek a Final Review.

3.    In order to be considered to have exhausted administrative remedies, an inmate must submit each grievance to all three steps of review.

4.    I have reviewed the grievance appeal records of inmate Cassius Clay, inmate number DQ5954, in relation to the above-captioned case.

5.    I found that inmate Clay failed to exhaust administrative remedies with regard to grievance number 49518 in accordance with DC-ADM 804.

6.    Specifically, grievance number 49518 was rejected at Initial Review and never pursued further.

This statement and verification is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to sworn falsification to authorities, which provides that if I make knowingly false statements, I may be subjected to criminal penalties.

Tracy Pollock

Date: _8-27-07_

2