# EXHIBIT GG

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE 10/26/2005
REMOTE PRINT TIME 12:50             FROM PURGE FILE             PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DQ5954 | CLAY | CASSIUS | | .30 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 6971 | 01-07-2003 | 41 | MEDICAL COPAY | -2.00 | -1.70 |
| 6986 | 01-09-2003 | 10 | MAINTENANCE PAYROLL DEC WAGES | 31.68 | 29.98 |
| 8015 | 01-15-2003 | 32 | GRE COMMISSARY FOR  1/15/2003 | -29.92 | .06 |
| 8015 | 01-15-2003 | 86 32 | GRE COMMISSARY CR FOR  1/15/2003 | .17 | .23 |
| 7016 | 01-16-2003 | 13 | PERSONAL GIFT FROM THOMAS, MAURICE | 30.00 | 30.23 |
| 7040 | 01-23-2003 | 13 | PERSONAL GIFT FROM WALKER, ROBERT | 100.00 | 130.23 |
| 8023 | 01-23-2003 | 32 | GRE COMMISSARY FOR  1/23/2003 | -30.08 | 100.15 |
| 8024 | 01-24-2003 | 32 | GRE COMMISSARY FOR  1/24/2003 | -15.90 | 84.25 |
| 7055 | 01-28-2003 | 36 | PRINTED MATERIALS SUN SUBS | -30.03 | 54.22 |
| 7055 | 01-28-2003 | 31 | OUTSIDE PURCHASES MARCUS | -33.25 | 20.97 |
| 8029 | 01-29-2003 | 32 | GRE COMMISSARY FOR  1/29/2003 | -4.56 | 16.41 |
| 9301 | 01-30-2003 | 34 | RADIO/TV CABLE TV SERVICE | -16.25 | .16 |
| 7065 | 01-31-2003 | 13 | PERSONAL GIFT FROM JACKSON, A | 40.00 | 40.16 |
| 7076 | 02-05-2003 | 13 | PERSONAL GIFT FROM SEWELL, TEMPUA | 10.00 | 50.16 |
| 8037 | 02-06-2003 | 32 | GRE COMMISSARY FOR  2/06/2003 | -50.14 | .02 |
| 7096 | 02-07-2003 | 10 | MAINTENANCE PAYROLL JAN WAGES | 34.50 | 34.52 |
| 7110 | 02-12-2003 | 13 | PERSONAL GIFT FROM CLAY, MARLENE | 150.00 | 184.52 |
| 8043 | 02-12-2003 | 32 | GRE COMMISSARY FOR  2/12/2003 | -129.05 | 55.47 |
| 8050 | 02-19-2003 | 32 | GRE COMMISSARY FOR  2/19/2003 | -55.43 | .04 |
| 7159 | 02-27-2003 | 13 | PERSONAL GIFT FROM IGLES, CHARLES | 30.00 | 30.04 |
| 9302 | 02-27-2003 | 34 | RADIO/TV CABLE TV SERVICE | -16.25 | 13.79 |
| 7171 | 03-04-2003 | 14 | MISCELLANEOUS ENTRE PLENSUR ESQUIRE | 10.58 | 24.37 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 10/26/2005
REMOTE PRINT TIME 12:50             FROM PURGE FILE              PAGE        2


     INMATE    NAME
     NUMBER    LAST                    FIRST         MI
     DQ5954    CLAY                    CASSIUS
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7179 | 03-06-2003 | 13 | PERSONAL GIFT FROM UNKNOWN | 20.00 | 44.37 |
| 8065 | 03-06-2003 | 32 | GRE COMMISSARY FOR  3/06/2003 | -44.24 | .13 |
| 7190 | 03-10-2003 | 10 | MAINTENANCE PAYROLL FEB WAGES | 30.00 | 30.13 |
| 7200 | 03-11-2003 | 39 | LEGAL FEES PA SCDU 7215000975 | -15.00 | 15.13 |
| 8071 | 03-12-2003 | 32 | GRE COMMISSARY FOR  3/12/2003 | -15.10 | .03 |
| 7214 | 03-14-2003 | 13 | PERSONAL GIFT FROM BLACK HISTORY CONTEST | 10.00 | 10.03 |
| 8078 | 03-19-2003 | 32 | GRE COMMISSARY FOR  3/19/2003 | -9.56 | .47 |
| 7260 | 03-27-2003 | 13 | PERSONAL GIFT FROM CLAY, MARLENE | 35.00 | 35.47 |
| 7264 | 03-27-2003 | 37 | POSTAGE US MAIL | -2.44 | 33.03 |
| 9303 | 03-27-2003 | 34 | RADIO/TV CABLE TV SERVICE | -16.68 | 16.35 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      16.35
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE 10/26/2005
REMOTE PRINT TIME 12:50              FROM PURGE FILE              PAGE         1
```

|  | INMATE | NAME |  |  |  |  |
|---|---|---|---|---|---|---|
|  | NUMBER | LAST |  | FIRST | MI | STARTING BALANCE |
|  | DQ5954 | CLAY |  | CASSIUS |  | 16.35 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8092 | 04-02-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  4/02/2003 | -16.21 | .14 |
| 7299 | 04-07-2003 | 10 | MAINTENANCE PAYROLL |  |  |
|  |  |  | MAR WAGES | 31.50 | 31.64 |
| 8099 | 04-09-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  4/09/2003 | -31.44 | .20 |
| 7322 | 04-10-2003 | 39 | LEGAL FEES |  |  |
|  |  |  | SCDU 7215000975 | -24.00 | -23.80 |
| 7341 | 04-16-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | THOMAS, M | 25.00 | 1.20 |
| 8107 | 04-17-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  4/17/2003 | -1.17 | .03 |
| 7374 | 04-25-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | CLAY, MARLENE | 10.00 | 10.03 |
| 8121 | 05-01-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  5/01/2003 | -9.83 | .20 |
| 7422 | 05-07-2003 | 10 | MAINTENANCE PAYROLL |  |  |
|  |  |  | APR WAGES | 31.76 | 31.96 |
| 7425 | 05-08-2003 | 39 | LEGAL FEES |  |  |
|  |  |  | CHILD SUPPORT SCDU 7215000975 | -20.88 | 11.08 |
| 8134 | 05-14-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  5/14/2003 | -11.08 | .00 |
| 7449 | 05-15-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | CLAY-SEWELL, TEMPRA | 10.00 | 10.00 |
| 8141 | 05-21-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  5/21/2003 | -9.92 | .08 |
| 7485 | 05-28-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | CLAY, MARLENE | 9.00 | 9.08 |
| 8156 | 06-05-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  6/05/2003 | -8.98 | .10 |
| 7526 | 06-09-2003 | 10 | MAINTENANCE PAYROLL |  |  |
|  |  |  | MAY WAGES | 32.40 | 32.50 |
| 7536 | 06-10-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | ALLEN, LISA | 22.50 | 55.00 |
| 7541 | 06-11-2003 | 39 | LEGAL FEES |  |  |
|  |  |  | CHILD SUPPORT SCDU 7215000975 | -24.00 | 31.00 |
| 8162 | 06-11-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  6/11/2003 | -40.35 | -9.35 |
| 8162 | 06-11-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  6/11/2003 | -14.59 | -23.94 |
| 7551 | 06-13-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | WALKER, RD | 30.00 | 6.06 |
| 8169 | 06-18-2003 | 32 | GRE COMMISSARY |  |  |
|  |  |  | FOR  6/18/2003 | -5.92 | .14 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM          RUN        IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING         DATE 10/26/2005
REMOTE PRINT TIME 12:50               FROM PURGE FILE              PAGE           2

      INMATE      NAME
      NUMBER      LAST               FIRST           MI
      DQ5954      CLAY               CASSIUS

BATCH      DATE                                             TRANSACTION BALANCE AFTER
  #     MO DY YEAR       TRANSACTION DESCRIPTION               AMOUNT     TRANSACTION

7596    06-27-2003  13  PERSONAL GIFT FROM
                        THOMAS, M.                               25.00        25.14

                        BALANCE AFTER THESE TRANSACTIONS------>                25.14
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 10/26/2005
REMOTE PRINT TIME 12:50             FROM PURGE FILE              PAGE        1
```

| INMATE | NAME | | | | |
|--------|------|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| DQ5954 | CLAY | | CASSIUS | | 25.14 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|---|-------------------------|--------------------|---------------------------|
| 8183 | 07-02-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  7/02/2003 | -24.98 | .16 |
| 7630 | 07-09-2003 | 10 | MAINTENANCE PAYROLL | | |
| | | | JUN WAGES | 41.04 | 41.20 |
| 7640 | 07-09-2003 | 39 | LEGAL FEES | | |
| | | | CHILD SUPPORT SCDU 7215000975 | -24.00 | 17.20 |
| 8197 | 07-16-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  7/16/2003 | -17.06 | .14 |
| 7684 | 07-23-2003 | 13 | PERSONAL GIFT FROM | | |
| | | | CLAY, SHAQUA | 20.00 | 20.14 |
| 8212 | 07-31-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  7/31/2003 | -3.39 | 16.75 |
| 9307 | 07-31-2003 | 34 | RADIO/TV | | |
| | | | CABLE TV SERVICE | -16.68 | .07 |
| 7738 | 08-07-2003 | 13 | PERSONAL GIFT FROM | | |
| | | | SEWELL, TEMPRIA | 15.00 | 15.07 |
| 7748 | 08-08-2003 | 10 | MAINTENANCE PAYROLL | | |
| | | | JULY WAGES | 35.64 | 50.71 |
| 7751 | 08-08-2003 | 39 | LEGAL FEES | | |
| | | | PA SCDU 7215000975 | -11.13 | 39.58 |
| 7751 | 08-08-2003 | 86 | ADJUST PAYMENT | | |
| | | 39 | POSTING ERROR | 11.13 | 50.71 |
| 7751 | 08-08-2003 | 39 | LEGAL FEES | | |
| | | | CHILD SUPPORT 7215000975 | -24.00 | 26.71 |
| 8225 | 08-13-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  8/13/2003 | -26.46 | .25 |
| 7789 | 08-19-2003 | 13 | PERSONAL GIFT FROM | | |
| | | | THOMAS, SHAQUA | 20.00 | 20.25 |
| 8232 | 08-20-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  8/20/2003 | -3.55 | 16.70 |
| 7802 | 08-22-2003 | 13 | PERSONAL GIFT FROM | | |
| | | | THOMAS, M. | 25.00 | 41.70 |
| 8239 | 08-27-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  8/27/2003 | -24.83 | 16.87 |
| 9308 | 08-28-2003 | 34 | RADIO/TV | | |
| | | | CABLE TV SERVICE | -16.68 | .19 |
| 7862 | 09-09-2003 | 10 | MAINTENANCE PAYROLL | | |
| | | | AUG WAGES | 43.56 | 43.75 |
| 7870 | 09-10-2003 | 39 | LEGAL FEES | | |
| | | | CHILD SUPPORT SCDU 7215000975 | -24.00 | 19.75 |
| 8253 | 09-10-2003 | 32 | GRE COMMISSARY | | |
| | | | FOR  9/10/2003 | -43.70 | -23.95 |
| 7898 | 09-17-2003 | 41 | MEDICAL | | |
| | | | COPAY | -4.00 | -27.95 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 10/26/2005
REMOTE PRINT TIME 12:50             FROM PURGE FILE              PAGE        2
```

|  | INMATE NUMBER | NAME LAST |  | FIRST | MI |
|---|---|---|---|---|---|
|  | DQ5954 | CLAY |  | CASSIUS |  |

| BATCH # | DATE MO DY YEAR |  | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 7911 | 09-23-2003 | 13 | PERSONAL GIFT FROM |  |  |
|  |  |  | R. WAKER | 140.00 | 112.05 |
| 7914 | 09-23-2003 | 37 | POSTAGE |  |  |
|  |  |  | US MAIL | -2.90 | 109.15 |
| 9309 | 09-25-2003 | 34 | RADIO/TV |  |  |
|  |  |  | CABLE TV SERVICE | -16.68 | 92.47 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>          92.47
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE 10/26/2005
REMOTE PRINT TIME 12:50            FROM PURGE FILE              PAGE          1


     INMATE    NAME
     NUMBER    LAST                 FIRST        MI        STARTING BALANCE
     DQ5954    CLAY                CASSIUS                       92.47

  BATCH      DATE                                      TRANSACTION BALANCE AFTER
    #     MO DY YEAR     TRANSACTION DESCRIPTION          AMOUNT   TRANSACTION

  7940    10-01-2003  30  PERSONAL GIFT TO
                          CLAY, CASSIUS JR                -50.00        42.47
  8275    10-02-2003  32  GRE COMMISSARY
                          FOR 10/02/2003                  -42.17          .30
  7958    10-06-2003  37  POSTAGE
                          US MAIL                           -.37         -.07
  7970    10-08-2003  10  MAINTENANCE PAYROLL
                          SEPT WAGES                       44.58        44.51
  7983    10-08-2003  39  LEGAL FEES
                          CHILD SUPPORT SCDU 7215000975   -24.00        20.51
  7998    10-15-2003  13  PERSONAL GIFT FROM
                          LISA ALLEN                        5.00        25.51
  8290    10-17-2003  32  GRE COMMISSARY
                          FOR 10/17/2003                   -8.62        16.89
    56    10-30-2003  41  MEDICAL
                          COPAY                            -2.00        14.89
  9310    10-30-2003  34  RADIO/TV
                          CABLE TV SERVICE                -16.68        -1.79
    94    11-10-2003  10  MAINTENANCE PAYROLL
                          OCT WAGES                        45.10        43.31
    96    11-10-2003  39  LEGAL FEES
                          CHILD SUPPORT SCDU 7215000975   -24.00        19.31
  8316    11-12-2003  32  GRE COMMISSARY
                          FOR 11/12/2003                  -12.38         6.93
   116    11-17-2003  37  POSTAGE
                          US MAIL                          -5.11         1.82
  8323    11-19-2003  32  GRE COMMISSARY
                          FOR 11/19/2003                   -1.78          .04
   136    11-21-2003  13  PERSONAL GIFT FROM
                          SHAQUA CLAY                      10.00        10.04
  8329    11-25-2003  32  GRE COMMISSARY
                          FOR 11/25/2003                  -10.03          .01
   195    12-08-2003  10  MAINTENANCE PAYROLL
                          NOVEMBER WAGES                   49.10        49.11
   196    12-08-2003  39  LEGAL FEES
                          CHILD SUPPORT SCDU 7215000975   -24.00        25.11
  8344    12-10-2003  32  GRE COMMISSARY
                          FOR 12/10/2003                  -25.06          .05
   270    12-26-2003  13  PERSONAL GIFT FROM
                          J CLAY                          100.00       100.05
   281    12-30-2003  31  OUTSIDE PURCHASES
                          HOLABIRD                        -64.90        35.15
   282    12-31-2003  13  PERSONAL GIFT FROM
                          CLAY, MARLENE                     9.00        44.15
```

# EXHIBIT HH

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASSIUS CLAY, SR.,              )
                              )
                              )
             Plaintiff,    )
                              )  Civil Action No. 05-125E
                              )  Judge Sean J. McLaughlin
        v.                 )  Mag. Judge Susan Paradise Baxter
                              )
TRACY REEVES, et al.,      )
                              )
            Defendants.  )

### DECLARATION OF TONI COLLAND

     I, Toni Colland, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

     1.    I am currently employed by the Pennsylvania Department of Corrections as the Superintendent's Assistant at SCI-Greensburg, where Inmate Clay was housed from September 24, 2002 through November 19, 2004.

     2.    Based upon my review of his grievance file and history, Inmate Clay filed the following grievances while he was housed at Greensburg:

| Griev. # | Date | Subject | Disposition |
|----------|------|---------|-------------|
| #41097 | 1/11/03 | contraband, mail handling | appealed to final review |
| #49518 | 4/18/03 | mail, anticipating postage | **appealed only to initial review** |
| #50767 | 5/5/03 | child support deductions | appealed to final review |
| #79127 | 3/22/04 | pay rate | appealed to final review |
| #81767 | 4/21/04 | telephone | appealed to final review |
| #88431 | 7/2/04 | child support deductions | appealed to final review |
| #94537 | 9/2/04 | medical | appealed to final review |

       3.     There is no record of any grievance by Inmate Clay which relates to his

attendance or participation in a child support hearing in October 22, 2004, or a request to

participate in that hearing by videoconferencing.


      I declare under penalty of perjury that the foregoing is true and correct, per 28

U.S.C. § 1746.


Date: 8.31.07

Toni M. Colland

                               Toni Colland

# EXHIBIT II

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
SCI-GREENSBURG
724-837-4397

SUBJECT:    Grievance Appeal - Superintendent's Response
            Ref:    1   DC-ADM 804
                    2   Grievance # 41097

TO:    Cassius Clay, DQ-5954
       L-16

FROM:    L. P. Benning
         Superintendent

In regard to the subject and referenced, I have reviewed your grievance and the staff's response to your initial grievance.

In your appeal you refer to section VI., Procedures, subsection E., Handling and Distribution of Mail, paragraph 3., of the inmate mail policy. This policy basically says that the incoming mail will be opened and inspected for contraband. It also says that money orders will be processed. The statement that money orders will be processed assumes that the incoming mail does not contain any contraband. In your case, your mail did contain contraband, therefore, processing the money order would not apply.

You also refer to section VI., subsection E., paragraph 4., which says that if a personal check or cash is discovered upon inspection, the entire piece of mail is to be returned to the sender because of non-permitted contents. Even though, in your case, a personal check or cash was not discovered, contraband was discovered in your mail. This policy section supports our position that your entire piece of mail was returned to the sender.

This paragraph also states that when mail is to be returned to sender, a notice should be included explaining that it is being returned because of non-permitted contents. The mailroom staff followed policy by attaching a notice to the letter that it was refused because the contents were not approved.

You also refer to section VI. Subsection E., paragraph 2., subparagraph f., which says all incoming mail will be delivered to the inmate within twenty-four hours. This statement assumes that your mail did not contain any contraband. Since your mail did contain contraband, this statement does not apply.

You also refer to section VI., subsection E., paragraph 7., which states that mail containing contraband will be confiscated and held for inspection and returned to sender. When the contraband was discovered in your mail, it was held to ask Security for advice. Even though Security did not actually inspect it, they confirmed that it was contraband and instructed it be returned to sender. This policy section also supports our position.

You request to credit your account for the money order is denied. Your request to track the letter is also denied since the post office is unable to trace a non-certified letter. Also, your request for a log with the numbers of the money orders and lottery tickets is denied because no such log is kept.

Based on the above, your grievance is denied at this level.

LPB:lmc

cc:    Mrs. Marhefka
       DC-15
       file

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598

APPEAL Grievance 41097    **CAMP HILL, PA 17001-0598**
OFFICIAL INMATE GRIEVANCE

| FOR OFFICIAL USE ONLY |
| --- |
| GRIEVANCE NUMBER |

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
| --- | --- | --- |
| SUPERINTENDENT L.P. BENNING | S.C.I.GREENSBURG | 1-30-03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
| --- | --- |
| CASSIUS CLAY DQ-5954 | Cassius Clay 1-30-03 |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
| --- | --- |
| PM Janitor | I-16 |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

This Appeal is in response to the grievance answer given in Grievance
No.41097. In which the officer stated that; I listed a number of
sections of the Dc-ADM 803 Inmate Mail Policy, But failed to state
and make clear  what provisions of the policy were not followed
Here are CLEAR VIOLATIONS of the policy AGAIN.  In section 803 VI,E
of the DC-ADM, It states; Incoming mail willbe opened  and inspected
for contraband  in the facility's mail room. Money oeders and
certified checks will be recorded, indicating the nature of the
recept, the sender, the amount recieved, and the date. A cash
transaction recept will be issued to the senderInmate for all
amounts recieved. Then , the money orders and/or certified checks
will be fowarded to the facility business manager who willdeposit
the money into the inmates account. IN this matter this wasnot
done, where my money order was not recorded, i could not go to
the commissary,I could not send money out to pay the phonebill
and my cable got cut off , all beacuse of this Violation of 803
VI,E.of the procedures. IN the section right below that 803 VI E, 4
It states that  the facility will not accept personal checks or cash
sent through the mail. IF A PERSONAL CHECK ORCASH IS descovered
durning  an inspection for contraband, (then) The Entire Piece of
mail is to be returned to the sender WITH A NOTICE that it is

B. List actions taken and staff you have contacted, before submitting this grievance.

Wrote a Initial Grievance that was not properly Addressed,
where the policy that was given DC-ADM 803 VI 6 Is for
OBSENCE MAIL?

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator                    Date

2003 FEB -3 P 2: 40
DEPT. OF CORRECTION
RECEIVED

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
APPEAL Grievance 41097    P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: S.c.i.Greensburg | DATE: 1-30-03 |
|---|---|---|
| ~~SUPERINTENDENT L.B. BENNING~~ FROM: (INMATE NAME & NUMBER) cassius clay DQ-5954 | SIGNATURE of INMATE: Cassius Clay 1-30-03 | |
| WORK ASSIGNMENT: Pm Janitor | HOUSING ASSIGNMENT: L-16 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

being returned beacuse of non-permitted contents. Where as here if I didn't ask after calling home  I would have never known, and up untill this day , the mail has not been recieved,byanyone DC-ADM 803 VI 2 f States that ; all incoming mail will be delivered to the inmate within twenty-four hours. This did not happen in my case, still another violation without any reason as of yet. The last violation  is a Violation of your own well known Institutional policys at greensburg concerninf the mail.  After reconfirming with verious, C.O.'S  Unit managers, Sargents and older Inmates, it is the consensus  opnion that the money order would be placed in your account, and if contraband mail, you will be called down to the buble, and after count clears, will have to take an envelop to the security office to send mail out yourself,with confication slip. Even DC 803 VI E 7 States that Incoming mail containing Contraband will be confiscated and held for further inspection, and returned to sender  if known. Again  I would ask at thislevel that I would be companseated 150.00, and this letter be tracked, from here, beacuse this is where the errounsely violations were made, and I would like a copy of the log for that date with the numbers of the money order, and lottery ticket recordered in. In the eventthis is not accomplished an appeal to the Chief Secretary's ~~office, and a civil complaint would be fourth comming.~~

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

Date

COMMONWEALTH OF PENNSYLVANIA
**Department of Corrections**
SCI-GREENSBURG
724-837-4397

**SUBJECT:**   Grievance Appeal - Superintendent's Response
Ref:   1  DC-ADM 804
2  Grievance # 41097

**TO:**        Cassius Clay, DQ-5954
L-16

**FROM:**      L. P. Benning
Superintendent

In regard to the subject and referenced, I have reviewed your grievance and the staff's response to your initial grievance.

Based on the above, your grievance is          at this level.

LPB:lmc

cc:   Mrs. Marhefka
DC-15
file

DC-804
Part 2

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA  17001

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO.  | 41097 |

| TO: (Inmate Name & DC No.)<br>Cassius Clay    DQ5954 | FACILITY<br>SCI-GREENSBURG | HOUSING LOCATION<br>L-SECTION | GRIEVANCE DATE<br>1/13/03 |
|---|---|---|---|

This is in response to your grievance that your letter and money order were returned to sender contrary to policy.

On 12/24/02, a letter addressed to you containing a money order and a powerball ticket was received in the mailroom.  The powerball ticket was deemed contraband and so the letter and its contents were returned to sender.

You state that the DC-ADM 803 inmate mail policy was not followed and you list a number of sections of the policy.  However, you failed to state and make clear what provision of the policy was not followed.  Refer to section VI Procedures, A Mail Privileges, paragraph 6 which states that no contraband shall be contained in the mail.  Such mail will be returned to sender.  According to this paragraph, the policy was followed.  You should inform your correspondents that lottery tickets of any kind are contraband and should not be included in your mail.

You also state that the letter and its contents were not received by the sender.  This is unfortunate but we are unable to put a tracer on the letter.  Once the letter is returned to the Greensburg Post Office, we no longer have control over it.  Your request to credit you account for the amount of the money order is denied.

cc:    Angie Marhefka
       Records Office
       Mailroom
       file

| Print Name & Title of Grievance Officer<br><br>Jack A. Loughry, Business Manager | SIGNATURE OF GRIEVANCE OFFICER | DATE<br>1/22/03 |
|---|---|---|

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

NO. 1

| FOR OFFICIAL USE ONLY |
|---|
| 41097 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Mrs. Marhefka | S.C.I.GREENSBURG | 1/11/03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| CASSIUS M. CLAY DQ5954 | Cassius Clay |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| PM JANITOR | L-16 |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 12-22-02 a money order was mailed to me for $150.00 When I called home on christmas my mom told me that my neice also pur-chased a powerball ticket, and accidently mailed it with the money order. On christmas I wrote a request to the mail room asking about my money order. On 12-31-02 I personally waited for the mail lady (mrs. candy brimmer) to ask about my request that was sent & the money order. She informed me that she recived the letter & the ticket on the 23rd. and when she saw the ticket she called the security captian, and he told her to send it all back. I asked her when and she said on the 26th, cause of the holidays. The next day I recieved the request back and J. Bickers said all the mail has been passed out, and we are all caught up with late mail.. On the 7th of Jan. I again asked mrs. Brimmer in front of the officers desk about the letter, and she said that she sent it back and I should have already have recieved it. I have called my mother about nine times or more during the time span of 12-25-02 up untill today, and she doesnot have the money order or letter or ticket. She also called the postoffice in Hazelwood  and they told her that thiere was no mail from Greensburgh prision with return to sender. As this has been a hole lot of trouble and expense; ( my cable has been turned off, numerious calls to my mother, no commissary) I ask;

**B.** List actions taken and staff you have contacted, before submitting this grievance.
1.  Wrote request to mail room supervisor on 12-26-02.
2.  Talked to Mrs. Candy Brimmer on 12-30-02, she said the security captain told her to send the conficated mail back, ( without notice or confication slip, or my signature )
3.  Talked to C.O. Starks he told me to write a greevance, but did not know the postal ladies name.
4.  Talked to Block officer Houtzel, she called the security office they said they didnt know anything about it . on 1-7-03 & 1-8-03.
5.  Talked to mrs brimmer again on 1-7-03, she said they should have it
6.  Talked to Mr. Harrision, and wrote him a request, he said to Griev it.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Angie Marhefka

Signature of Facility Grievance Coordinator

1-13-03

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598

NO. 2

**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*41097*

GRIEVANCE NUMBER

OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR<br>Mrs. Marhefka | FACILITY:<br>S.C.I.GREENSBURG | DATE:<br>1/11/03 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Cassius m. clay   DQ5954 | SIGNATURE of INMATE:<br>*Cassius Clay* | |
| WORK ASSIGNMENT:   PM JANITOR | HOUSING ASSIGNMENT:<br>L-16 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.
That since the D.O.C. DC-ADM 803,Inmate Mail and Incoming Public-
ations Policy, Has not been followed in this case, that the
ADMINISTRATION here Put a trace on the mail  from here to the re-
turn address (which should have been 727 JOHNSTON AVE., Pgh, PA 15207)
or/and place the $150.00 amount of the money order as a credit to
my account, and return my cable service as this was not my fault,
as  the facility's POLICIES were not followed in breech of:
DC-ADM 803 VI.D.1.c., 803 VI.E.e.& f., 803 VI.E.3.&4. 803 VI.A.3.b.
and would include 803 VI.E.6.7.and all of section8.  —

THANK YOU FOR YOUR TIME IN THIS MATTER.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*Angie Marhefka*

Signature of Facility Grievance Coordinator

*1-13-03*

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy