**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASSIUS CLAY, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   Civil Action No. 05-125E |
| v. | ) Judge Sean J. McLaughlin |
| | ) Mag. Judge Susan Paradise Baxter |
| **TRACY REEVES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of defendants' Supplemental Motion for Summary Judgment, and all responses thereto, it is hereby ORDERED that said Supplemental Motion is GRANTED. Plaintiff's access to courts and mail tampering claims are dismissed.

_____