NAME **CASSIUS M. CLAY SR.**
NUMBER **DO5954**
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

**RECEIVED**

SEP 1 2 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1650730820 B007

UNITED STATES DISTRICT COURT OF PA
Office of the Clerk
P.O. BOX 1820
Erie, PA 16507



Hasler
$00.58
US POSTAGE