NAME  CASSIUS M. CLAY SR.
NUMBER  DQ5954
PO Box 9991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

**RECEIVED**

SEP 17 2007

CLERK U.S. DIST
DIST. OF PENN

U.S. DISTRICT COURT WD PA
Office of The Clerk
17 South Park Row
P.O. BOX 1820
Erie, PA 16507

Hasler

$00.58⁹
US POSTAGE