IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY SR., )<br>      Plaintiff, )<br>)<br>  vs. )<br>)<br>TRACU REEVES et. al., )<br>      Defendants. )<br>) | Civil Action No. 05-125 ERIE |

**ORDER**

      AND NOW this 19th day of September, 2007, after consideration, nunc pro tunc, of the Plaintiff's Motion for Reconsideration (Doc #96)

      IT IS HEREBY ORDERED that said Motion is DENIED and this Courts Order dated August 29, 2007 is AFFIRMED.

                                          S/Sean J. McLaughlin
                                          Sean J. McLaughlin
                                          United States District Judge

cc: counsel/parties of record   NK