IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSIUS M. CLAY SR., | : | Civil Action No. 05-125E |
| Plaintiff, | : | Judge Sean J. McLaughlin |
| V. | : | Mag. Judge Susan P. Baxter |
| | : | |
| TRACY REEVES, et al., | : | **FILED** |
| Defendants, | : | SEP 2 6 2007 |

**RESPONSE TO DEFENDANTS SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENN.

AND NOW COMES, CASSIUS M. CLAY SR., Plaintiff, Pro-Se, in the above captioned action, and Pursuant to FRCP LR 56.1(C)(1), states the following in support of:

1. The Order Dated August 7, 2007, where this Court granted the defendants leave to file a Second Supplemental Motion for Summary Judgment, constitutes an error of law, as to the claim of Access to Court, where the District Court Judge McLaughlin has already adjudicated this issue at Document [91], by adopting [87] Report and Recommendations on 8/29/07, and thereby with Discovery, this claim should be ripe for Trial, as it is waived, and cannot be re-litigated, by the Defendant's failure to Object to the R. & R. on 8-29-07.

2. For the reasons stated herein, and in the attached exhibits, supporting brief and concise statement of undisputed material facts filed herewith, there are genuine issue's of material facts, and the defendants' are precluded from Summary Judgment as a matter of law with respect to Plaintiff's access to Court and Mail Tampering Claims.

(1)

3. Plaintiff incorporates herein his previous Answer to Motion for Summary Judgment [83], Brief in Opposition [84], and the Responsive Concise Statement [85], and the Original Complaint [6], with support from the Memorandum in Opposition to Defendants Motion to Dismiss [30].

**WHEREFORE,** IT IS Respectfully Requested that this Honorable Court Deny the Defendant's Second Supplemental Motion for Summary Judgment.

Respectfully Submitted;

By: *Cassius M Clay Sr.*

CASSIUS M. CLAY SR. DQ5954

P.O. BOX 99991

Pittsburgh, PA 15233