NAME CASSIUS M. CLAY SR.
NUMBER DQ5954
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
SEP 26 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1 of 3

15507=0620 B007

U.S. DISTRICT COURT OF PA W.D.
Office of The Clerk
P.O. BOX 1820
Erie, PA 16507

Hasler
US POSTAGE
$00.580