NAME CASSIUS M. CLAY SR.
NUMBER DQ5954
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

**RECEIVED**

**SEP 28 2007**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

3 of 3

U.S. DISTRICT COURT OF PA W.D.
Office of The Clerk
P.O. BOX 1820
Erie, PA 16507

Hasler
$00.580
US POSTAGE