NAME CASSIUS M. CLAY SR.
NUMBER DQ5954
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

U.S. DISTRICT COURT OF PA W.D.
Office of The Clerk
P.O. BOX 99991
Erie, PA 16507

RECEIVED
OCT - 1 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

2 of 3