NAME **CASSIUS M. CLAY SR.**
NUMBER **DQ5954**
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

**RECEIVED**

**JAN 31 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. DISTRICT COURT W.D.
OFFICE OF THE CLERK
P.O. BOX 1820
Erie, PA 16507



Postor

$00.920
US POSTAGE