NAME CASSIUS M. CLAY SR.
NUMBER DQ5954
PO Box 99991, Pittsburgh, PA 15233
INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
FEB - 1 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. DISTRICT COURT W.D.
OFFICE OF THE CLERK
P.O. BOX 1820
Erie, PA 16507