IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., )<br>)<br>      Plaintiff, )<br>)<br>    v.                   )<br>)<br>TRACY REEVES, et al., )<br>)<br>      Defendants. ) | Civil Action No. 05-125E<br>Judge Sean J. McLaughlin<br>Mag. Judge Susan Paradise Baxter |

## MOTION FOR SUMMARY JUDGMENT ON REMAINING RETALIATION CLAIM

AND NOW come the defendants, Tracy Reeves, Angie Marhefka, Jack Loughry, Sharon Burks, David Wakefield, Candis Brimmer and Jeffrey Beard, by their attorney, Mary Lynch Friedline, Senior Deputy Attorney General, and submit the following Motion for Summary Judgment on plaintiff's remaining retaliation claim, in accordance with this Court's Order of February 5, 2008.

1. By Order dated February 5, 2008, this Court granted defendants leave to file a motion for summary judgment as to plaintiff's remaining claim for retaliation.

2. For the reasons stated herein, and in the attached exhibits, supporting brief and concise statement of undisputed material facts filed herewith, no genuine issue of material fact remains and defendants are entitled to summary judgment as a matter of law with respect to plaintiff's retaliation claim.

WHEREFORE, it is respectfully requested that the Court grant defendants' Motion for Summary Judgment as to the remaining retaliation claim.

Respectfully submitted,

**THOMAS W. CORBETT JR.,**
**Attorney General**


By: <u>/s/ Mary Lynch Friedline</u>
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General
PA I.D. # 47046


OFFICE OF ATTORNEY GENERAL
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date:  February 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing ***Motion for Summary Judgment on Remaining Retaliation Claim*** with the Clerk of Court using the CM/ECF system.  And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

Cassis M. Clay, Sr., DQ-5954
SCI-Pittsburgh
PO Box 99991
Pittsburgh, PA 15233

By:   /s/  Mary Friedline
MARY FRIEDLINE
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
5th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15129