# EXHIBIT HH

AUG-31-2007 14:29 From:SCI GREENSBURG   724 832 5411   To:4125653019   P.2/3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASSIUS CLAY, SR.,                )
                                  )
                       Plaintiff, )
                                  ) Civil Action No. 05-125E
        v.                        ) Judge Sean J. McLaughlin
                                  ) Mag. Judge Susan Paradise Baxter
TRACY REEVES, et al.,             )
                                  )
                      Defendants. )

### DECLARATION OF TONI COLLAND

I, Toni Colland, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am currently employed by the Pennsylvania Department of Corrections as the Superintendent's Assistant at SCI-Greensburg, where Inmate Clay was housed from September 24, 2002 through November 19, 2004.

2. Based upon my review of his grievance file and history, Inmate Clay filed the following grievances while he was housed at Greensburg:

| Griev. # | Date    | Subject                  | Disposition                      |
|----------|---------|--------------------------|----------------------------------|
| #41097   | 1/11/03 | contraband, mail handling | appealed to final review        |
| #49518   | 4/18/03 | mail, anticipating postage | **appealed only to initial review** |
| #50767   | 5/5/03  | child support deductions | appealed to final review         |
| #79127   | 3/22/04 | pay rate                 | appealed to final review         |
| #81767   | 4/21/04 | telephone                | appealed to final review         |
| #88431   | 7/2/04  | child support deductions | appealed to final review         |
| #94537   | 9/2/04  | medical                  | appealed to final review         |

3. There is no record of any grievance by Inmate Clay which relates to his attendance or participation in a child support hearing in October 22, 2004, or a request to participate in that hearing by videoconferencing.

I declare under penalty of perjury that the foregoing is true and correct, per 28 U.S.C. § 1746.

Date: 8.31.07

*Toni M. Colland*

Toni Colland