# EXHIBIT JJ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-125E |
| v. | ) Judge Sean J. McLaughlin |
| | ) Mag. Judge Susan Paradise Baxter |
| TRACY REEVES, et al., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF CHRISTINA KENNEDY

I, Christina Kennedy, verify that the foregoing information is true and correct to the best of my personal knowledge or information and belief.

1. I am presently employed by the Commonwealth of Pennsylvania, Department of Corrections at SCI-Forest as Assistant to the Superintendent.

2. Inmate Clay was housed at SCI-Forest from approximately November 2004 through August 2007. I have reviewed his grievance history. Although he filed numerous grievances while at SCI-Forest, there is no record of any grievance claiming retaliation, and certainly none related to a claim of retaliation for an incident or grievance filed at SCI-Greensburg.

3. He did file a grievance on August 16, 2006 (#161081) concerning tampering with mail by unnamed staff at SCI-Forest. (See Attachment 1.) He claimed that he had sent a letter to the Court which was not received and that "about three (3) letters/correspondence have not made it to me in the last few weeks." He also stated that there are other inmates who believe their mail is being tampered with or missing. It was noted that the cash slip Clay submitted as evidence of the mail he had sent to the court

was dated several days after he received the court notice about not receiving his document.

This statement and verification is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to sworn falsification to authorities, which provides that if I make knowingly false statements, I may be subjected to criminal penalties.

_____
Christina Kennedy

Date: 1/11/08

2







DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
161081
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| MRS. KENNEDY | FOREST | 8/11/06 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| CASSIUS M. CLAY SR. DQ5954 | Cassius M. Clay Sr. | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| LEGAL AIDE | BB-2063 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

ON AUGUST 3, 2006, I PLACED TWO (2) LETTERS IN THE PRISON MAIL BOX ON THE UNIT, WHICH WERE RELATED TO ONGOING CIVIL LITIGATION, IN THE FEDERAL COURT SYSTEM.

THE CHIEF MAGISTRATE JUDGE ON AUGUST 10, 2006, MADE AN ORDER THAT I RECEIVED TODAY, STATING THAT SHE DID NOT RECEIVE THIS LETTER? ALSO, TAMPERING WITH THE MAIL IS A U.S. FEDERAL OFFENSE.

I WOULD LIKE TO KNOW WHAT HAPPENED TO THIS MAIL, AND THE OTHER PIECES OF MAIL THAT I HAVE NOT RECEIVED FROM PEOPLE ON THE OUTSIDE, AS ABOUT THREE (3) LETTERS/CORRESPONDENCE HAVE NOT MADE IT TO ME IN THE LAST FEW WEEKS. THERE ARE ALSO OTHER INMATES WHO BELIEVE THERE MAIL IS BEING TAMPERED WITH OR MISSING, THIS SHOULD BE LOOKED INTO.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

1. Spoke with morning Block officer, said all mail was taken out.

2. Spoke with Lt. said they could do nothing about mail, write a Grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_C. Wehrle_                               8/16/06
Signature of Facility Grievance Coordinator                Date

WHITE - Facility Grievance Coordinator Copy   CANARY - File Copy   PINK - Action Return Copy   GOLDENROD - Inmate Copy

Revised
December 2000

DC-138A

# CASH SLIP

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| DQ5954 | CASSIUS M. CLAY | EB-2063 | 8/13/06 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

PLEASE DEDUCT THE AMOUNT FOR CERTIFICATE

OF MAILING OF EXHIBITS TO:

SUSAN PARADISE BAXTER

Chief Mag., Judge

U.S. DISTRICT COURT

WESTERN DISTRICT, PA

17 South Park Row, A28

Erie, PA 16501

Inmate ID Verified

DQ5954   CLAY

Housing Unit CO's Signature
Date  8-13-6
J. Colman

THANK YOU

**3. INMATE'S SIGNATURE**
Cassius M. Clay

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

CHARGE ENTERED 24   DATE AUG 15 2006   BOOKKEEPER RY

DC-ADM 804, Inmate Grievance System                                    Attachment B
DC-804
Part 2                    **COMMONWEALTH OF PENNSYLVANIA**
                            **DEPARTMENT OF CORRECTIONS**
                                   **P.O. BOX 598**
OFFICIAL INMATE GRIEVANCE         **CAMP HILL, PA 17001**
INITIAL REVIEW RESPONSE                                GRIEVANCE NO.  161081

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Cassius Clay | DQ5954 | SCI-FOREST | EB2063 | 08-11-06 |

The following is a summary of my findings regarding your grievance:

Incoming/outgoing mail is processed by the SCI-Forest mailroom on a daily basis. Likewise no mail can be tracked unless a special service is requested by you or the sender such as certified or registered. If the mail was received, it was processed.

This grievance is denied.

cc:    DC-15 (Inmate Records)
       Inmate (Original Response)

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| M. P. Toski | M P Toski | 22 Aug 06 |

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

APPEAL OF
#161081
**OFFICIAL INMATE GRIEVANCE**

FOR OFFICIAL USE ONLY

GRIEVANCE NUMBER

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| MRS. KENNEDY/WARDEN (SOBINA) | S.C.I. FOREST | 8/25 RECEIVED |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| CASSIUS M. CLAY SR., DQ5954 | |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| LEGAL AIDE | EB-2063 |

SEP 1 2005
SCI Forest
Superintendent's Office

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

THE DC-ADM 803 POLICY IV. (N.) PRIVLEGED CORRESPONDENCE STATES IN RELEVANT PART: 1. OUTGOING MAIL ADDRESSED TO THE FOLLOWING PERSONS IS PRIVILEGED CORRESPONDENCE AND SHALL NOT BE OPENED OUTSIDE THE PRESENCE OF THE INMATE WHO IS SENDING IT EXCEPT AS PROVIDED FOR IN SECTION VI.D.2. SEE EXCEPTIONS. WHICH I WAS NOT ALERTED TO ANY OF THE LISTED EXCEPTIONS, VI.E. 9, STATE THE INMATE SHALL BE NOTIFIED WHEN OUTGOING MAIL IS BEING WITHHELD. THIS IS NOT THE FIRST LETTER THAT WAS NOT RECEIVED AT THE CORRESPONDING ADDRESS, AND AS SUCH, THE MAIL EXPECIALLY COURT(LEGAL MAIL) SHOULD BE LOGGED IN THE BOOK, AND SIGNED FOR, BUT WHEN THE OUTGOING MAIL IS NOT SENT TO THE PERSON(S) OR PLACE WHERE IT IS SUPPOSED TO GO, IT CAN BE TRACKED. (AND SHOULD BE BY THIS FACILITY, AS IT IS THERE FAULT, OR THE MAIL ROOM'S FAULT)
I WAS ALSO GIVEN BACK A COPY OF MY SECOND LETTER'S CASH SLIP, AND AS OTHER INMATES HAVE STATED, THE AMOUNT FOR THE CERTIFICATE OF MAILING WAS NOT TAKEN OUT, AS THIS IS A SPECIAL SERVICE TO INSURE THAT IT DOES REACH THE CORRECT PLACE, AND WAS NOT DONE HERE, (THIS IS ONE EXAMPLE) ANOTHER IS THAT PEOPLE DO NOT GET THERE CERTIFICATE OF MAILING BACK WHEN IT IS DEDUCTED FROM THE ACCOUNT.
THESE ARE VIOLATIONS OF YOUR OWN POLICY, AND THE POSTAL SERVICE MANDATES WHICH AGAIN CONSTITUTES TAMPERING WITH THE MAIL. I WOULD LIKE FOR THIS SITUATION TO BE LOOKED INTO FURTHER, AS THE LEGAL MAIL IS IMPORTANT!

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
SCI Forest
(814) 621-2110
September 1, 2006

**SUBJECT: APPEAL GRIEVANCE #161081**

TO: Cassius Clay, DQ 5954

FROM: Raymond J. Sobina
Superintendent
SCI – Forest

Mr. Clay submits an appeal to the Superintendent's level on Grievance #161081 in accordance with DC Administrative Directive 804.

In his appeal, Mr. Clay takes issue with the response of the Grievance Officer. He quotes DC Administrative Directive 803 policy and feels that mail should be tracked by this facility. He goes on to state that often times "people" do not get their certificate of mailings when the appropriate deductions are made from their institutional account. In his opinion, this was not the first letter that was not received at the corresponding address.

The Superintendent has reviewed the instant grievance based on the Inmate's points of appeal and corresponding discussion. The Superintendent notes that the Department of Corrections has no responsibility whatsoever once mail is turned over to the U.S. Postal Service. Incoming and outgoing mail is processed by the SCI Forest on a daily basis. No inmate mail is tracked unless this service is requested and paid for through the United States Postal Service certified or registered mail procedure. The action of the Grievance Officer is hereby sustained.

RJS/blb

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

RECEIVED

OCT 2 0 2006

SCI Forest
Superintendent's Office

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

October 17, 2006

Cassius Clay, DQ-5954
SCI Forest

Re:   DC-ADM 804 – Final Review
      Grievance No. 161081

Dear Mr. Clay:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective January 3, 2005, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. There is no evidence to support your claim that the SCI-Forest Mailroom is tampering with your legal mail. The cash slip you submit for evidence is dated several days past your notice from the courts of not receiving your documents. SCI-Forest, like all State institutions, processes incoming and outgoing mail on a daily basis. Once this mail is delivered to the U.S. Postal Service, the institution is no longer responsible for its delivery. You should have certified the letters in question like the one you mailed on August 13, 2006.

The responses provided at the institutional level are appropriate and in accordance with Department of Corrections' policies and procedures. Accordingly, your appeal to final review must be denied.

Sincerely,

Sharon M. Burks
Chief Grievance Officer

SMB/bw

cc:   ~~Supt. Sabina~~      Grievance Office
      DC-15                  Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."