IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS CLAY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-125E |
| v. | ) Judge Sean J. McLaughlin |
| | ) Mag. Judge Susan Paradise Baxter |
| TRACY REEVES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the Motion for Summary Judgment on Plaintiff's Remaining Retaliation Claim filed by defendants Reeves, Marhefka, Loughry, Burks, Wakefield, Brimmer and Beard, and all responses thereto, it is hereby ORDERED that said Motion is GRANTED, and plaintiff's complaint is dismissed.

_____