NAME Mr. Cassius M. Clay Sr.
NUMBER DQ5954

PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

**RECEIVED**

MAR 26 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Court W.D.
Office of The Clerk
P.O. Box 1820
Erie, PA 16507



Hasler

US POSTAGE $00.410
03/24/2008