IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY<br>        Plaintiff | Civil Action No.: 05-125 Erie |
| VS. | District Judge McLaughlin |
| TRACY REEVES, ET AL.<br>        Defendant | Magistrate Judge Baxter |

### STATEMENT OF VERIFICATION

I verify that the foregoing is true and correct. I understand that false statements made herein are subject to the penalties of 28 U.S.C. §1746, relating to perjury.

Date: 3/22/08          By: *Cassius M. Clay Sr.*
                          Cassius M. Clay, Sr.
                          Pro se Plaintiff

FILED
MAR 26 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN"

EXHIBIT A #1

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Angie Marhafka | 2. Date:<br>9-03-04 |
| 3. By: (Print Inmate Name and Number)<br>CASSIUS M. CLAY   DQ5954<br><br>*Cassius M. Clay*<br>Inmate Signature | 4. Counselor's Name<br>Mrs. Tucci |
| | 5. Unit Manager's Name<br>Mr. Wingoro |
| 6. Work Assignment<br>Law-Lib. | 7. Housing Assignment<br>L-16 |

8. Subject: State your request completely but briefly. Give details.

　　I have been told to get intouch with you concerning a hearing by Video Conferencing, as I have a Court Order for the 22nd of Oct. I would like to make Arrangements ahead of time, so that everyone would be prepared, and Notified, as this is for the FAMILY DIVISION and I have to represent My-Self.

　　　　　　　　　　　　　　　　　　　　　　　　Thank You

cc/file

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐           To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
　　　　　　　　　　　Print　　　　　　　Sign

Revised July 2000

EXHIBIT A #2

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms. Tucci (Counselor) | 2. Date: 10-21-04 |
| 3. By: (Print Inmate Name and Number)<br>CASSIUS M. CLAY DQ5954<br>Cassius Clay<br>Inmate Signature | 4. Counselor's Name<br>Ms. Tucci |
|  | 5. Unit Manager's Name<br>Mr. Wingaro |
| 6. Work Assignment<br>Law-Lib | 7. Housing Assignment<br>L-1b |

8. Subject: State your request completely but briefly. Give details.

I am writing today to inform you that I have a court proceeding in the Family Court tommorow, And as per our conversation, I wrote Mrs. Marhafka, And she has not Answered back yet. I would like to know if my hearing by Videoconferesing will be Tommorow or not, As I am not on the callout?? Can you get in contact with Mrs. Marhefka And ask her if she made arrangements? Thank you for your time in this very important matter

Thanks

Cassius Clay

9. Response: (This Section for Staff Response Only)

Mr. Clay, I contacted Mrs. Marhefka and she has no notification of any video conference scheduled for you.

To DC-14 CAR only ☐      To DC-14 CAR and DC-15 IRS ☐

Staff Member Name  R. Tucci  / [signature] ces   Date 10/21/04
                    Print              Sign

Revised July 2000

COPY

**EXHIBIT B #1**                             APRIL 17, 2003

Chief Hearing Examiner

1451 N. Market St.

Elizabethtown, PA 17022


IN RE: GRIEVANCE #41097


Dear Sirs;

Today I am writting in hope of getting some information and insight, concerning my Grievance. On January 11, 2003; I had Grieved the Mail Procedure here at S.C.I. Greensburg: in that the Staff Violated the Incomming, and Outgoing Procedures, by not Notifing Me, Nor the Sender of the Mail that; the Mail was returned. (inwhich untill this day No-one has sen this Letter, nor the Contents).

It has been over 2 Months since I have sent the Grievance to Camp Hill, (see copy of inclosed letter, that was mailed the same day, which was Notorized). I hope and Pray that someone really looks into the Mail System here, beacuse it is really in Shambles, and needs to be totally Revamped.

I Appreaciate Your Time In this Very Important Matter.


*Cassius M. Clay*
Cassius M. Clay/DQ5954

R.D. #10, Box 10

Greensburg, PA 15601


Enclosure 1

cc:/File

COPY

EXHIBIT B #2

APRIL 17, 2003

Chief SECRETARYS OFFICE

INMATE GRIEVANCES and APPEALS

DEPARTMENT OF CORRECTIONS

2520 LISBURN ROAD, P.O. BOX 598

CAMP HILL, PA 17001-0598

IN RE: GRIEVANCE #41097

Dear Sirs;

    Today I am writting in hope of getting some information and insight, concerning my Grievance. On January 11, 2003; I had Grieved the Mail Procedure here at S.C.I. Greensburg: in that the Staff Violated the Incomming, and Outgoing Procedures, by not Notifing Me, Nor the Sender of the Mail that; the Mail was returned. (inwhich untill this day No-one has sen this Letter, nor the Contents).

    It has been over 2 Months since I have sent the Grievance to Camp Hill, (see copy of inclosed letter, that was mailed the same day, which was Notorized). I hope and Pray that someone really looks into the Mail System here, beacuse it is really in Shambles, and needs to be totally Revamped.

    I Appreaciate Your Time In this Very Important Matter.

                                   *Cassius M. Clay*

                               Cassius M. Clay DQ5954

                               R.D. #10, Box 10

                               Greensburg, PA 15601

Enclosure 1

EXHIBIT B #3

February 11, 2003

Chief, Secretary's Office of
Inmate Grievances and Appeals
DEPARTMENT of CORRECTIONS
2520 Lisburn Road, P.O.Box 598
Camp Hill, PA 17001-0598

Dear Sirs;

I am writting today in response to **GRIEVANCE #41097**, In which the manner of Mail is being handled here at S.C.I. GREENSBURG. As I believe this is a very important matter, I would ask , that someone would really look into this continuing problem with the Mail being misplaced, lost, and returned without the Inmates knowledge and being sent to addresses other than where it was adressed to.

I will also be sending a copy of this to Jeffery A. Beard, and also to my lawyer.

SWORN AND SUBSCRIBED BEFORE ME THIS
16th DAY OF April 2003
_(signature)_

Notarial Seal
Marie E. Corns, Notary Public
Hempfield Twp., Westmoreland County
My Commission Expires May 17, 2004

Sincerely Yours
_Cassius Clay_
_Cassius Clay_
Cassius Clay
DQ-5954
S.C.I. Greensburg
R.D.#10, Box 10
Greensburg, PA 15601

cc/File

MARCH 29, 2005

EXHIBIT C #1

U.S. DISTRICT COURT, W.D.

DONETTA W. AMBROSE, CHIEF JUDGE

U.S. Post Office & Courthouse

700 Grant Street

Pittsburgh, PA 15219-1906


IN RE: CIVIL ACTION No. 04-282
      Reconsideration motion


Justice Ambrose;

    Greetings, today I am writing with grave concern, in regard of the correspondence I had Recieved on March 23, 2005, from the Clerk of Court Robert V. Barth Jr., which stated that you Denied My Motion for Reconsideration, on the 25th of October, 2004. I would like to State for the Record now that, I NEVER recieved any Denial.

    I Petitioned the Court on Two Different Occasions because I addressed the Motion Straight to your Chambers, and the Clerk sent it back, and I did not place the Petition back in the mail until the 27th of October, 2004. Where again the Correspondence stated that you Denied the Motion on the 25? I Don't know how this could have happened, and as such, I would like to apply for a C.O.A. and a Notice of Appeal, which the Correspondence stated that you Granted on November 12, 2004, which I Did Not Recieve Either. I would like to know if I can apply now, or in the Next 30 days? THANK YOU FOR YOUR TIME IN THIS VERY IMPORTANT MATTER.

*Cassius M. Clay*
CASSIUS M. CLAY DQ5954

P.O. Box 945

Marienville, Pa 16239

HPS-153     (September 2005)                    September 23, 2005

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. 05-3013

CASSIUS M. CLAY, SR.

vs.

LAWRENCE P. BENNING, ET. AL
(W.D. PA. CIV. No. 04-CV-00282)

Present: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

Submitted are:

(1) By the Clerk for possible dismissal due to a jurisdictional defect;

(2) Appellant's response thereto;

(3) Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) and memorandum of law in support;

(4) Appellant's supplement to request for a certificate of appealability; and

(5) Appellant's Motion for Appointment of Counsel

in the above-captioned case.

                                        Respectfully,

                                        Clerk

_____ORDER_____

The foregoing appeal is dismissed as untimely. The time periods prescribed for filing a notice of appeal are "mandatory and jurisdictional," Browder v. Director of Dep't of Corrections, 434 U.S. 257, 264 (1978), and thus not subject to equitable tolling, see Shendock v. Director, Office of Worker's Compensation Programs, 893 F.2d 1458,

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY<br>  Plaintiff | Civil Action No.: 05-125 Erie |
| VS. | District Judge McLaughlin |
| TRACY REEVES, ET AL.<br>  Defendant | Magistrate Judge Baxter |

## CERTIFICATE OF SERVICE

I certify that on this __22nd__ day of __MARCH__, 2008, I submitted the original of this document to prison officials at the State Correctional Institution of Pittsburgh by placing the same in the prison mailbox addressed to Office of the Clerk, U.S. District Court, Western District of PA, P.O. Box 1820, Erie, PA 16507; and that I also submitted a separate true and correct copy of this document to the same prison officials at the State Correctional Institution at Forest by again, placing the same in the prison mailbox addressed to Mary Friedline, Esq., Deputy Attorney General, Office of the Attorney General, 6th Flr., Manor Complex. 564 Forbes Ave., Pittsburgh, PA 15129. (All sent First Class Mail)

Date: 3/22/08

By: *Cassius M. Clay*
Cassius M. Clay, Sr.
Pro se Plaintiff