NAME _Mr. Cassius M. Clay sr._
NUMBER _DQ5954_
P.O. Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

**RECEIVED**

MAR 26 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Court W.D.
Office of the Clerk
P.O. Box 1820
Erie, PA 16507



Hasler

$00.41o
US POSTAGE