

NAME: MR. CASSIUS M. CLAYSR
NUMBER: DQ5954
PO Box 99991, Pittsburgh, PA 15233
INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
MAR 27 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Court U.S.
Office of the Clerk
P.O. Box 1820
Erie, PA 16507

3 of 3