**RECEIVED**

JUL - 7 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

NAME MR. CASSIUS M. CLAY
NUMBER DQ5954

INMATE MAIL
PA DEPT. OF CORRECTIONS

PO Box 99991, Pittsburgh, PA 15233

THE CLERK OF COURT
THE U.S. DISTRICT COURT OF PA
P.O. BOX 1820
Erie, PA 16107



Hasler
Mailed From 15233
07/03/2008
$00.760
US POSTAGE