# EXHIBIT 1

CLOSED, MAG

## U.S. District Court
### Western District of Pennsylvania (Pittsburgh)
### CIVIL DOCKET FOR CASE #: 2:04-cv-00282-DWA-ARH

| | |
|---|---|
| CLAY v. BENNING, et al | Date Filed: 02/26/2004 |
| Assigned to: Chief Judge Donetta W. Ambrose | Date Terminated: 10/07/2004 |
| Referred to: Mag. Judge Amy Reynolds Hay | Jury Demand: None |
| Demand: $0 | Nature of Suit: 530 Habeas Corpus (General) |
| Case in other court: (05-03013) | Jurisdiction: Federal Question |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | |

**Petitioner**

**CASSIUS M. CLAY, SR.**    represented by    **CASSIUS M. CLAY, SR.**
DQ-5954
SCI Forest
Post Office Box 945
Marienville, PA 16239-0945
PRO SE

V.

**Respondent**

**LAWERENCE P. BENNING**    represented by    **Margaret K. Barker**
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219
(412) 350-4377
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY**    represented by    **Margaret K. Barker**
(See above for address)

**Respondent**

**THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA**    represented by    **Margaret K. Barker**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2004 | 1 | MOTION by CASSIUS M. CLAY SR. to Proceed in Forma Pauperis . (jsp) (Entered: 02/26/2004) |

| | | |
|---|---|---|
| 02/26/2004 | | PETITION for Writ of Habeas Corpus received from CASSIUS M. CLAY, SR. (jsp) (Entered: 02/26/2004) |
| 02/26/2004 | | MOTION for Evidentiary Hearing received from CASSIUS M. CLAY, SR. (jsp) (Entered: 02/26/2004) |
| 02/26/2004 | | MOTION for Appointment of Counsel received from CASSIUS M. CLAY, SR. (jsp) (Entered: 02/26/2004) |
| 02/26/2004 | | CASE REFERRED to Mag. Judge Amy R. Hay (jsp) (Entered: 02/26/2004) |
| 03/02/2004 | 2 | ORDER dated 3/2/04 directing that the inmate account officer at SCI Greensburg shall on or before 3/15/04 submit for the preceding 6 months a certified copy of the institutional account statement of the Petitioner. ( signed by Mag. Judge Amy R. Hay on 3/2/04 ) CM all parties of record. (aen) (Entered: 03/02/2004) |
| 03/26/2004 | 3 | MOTION by CASSIUS M. CLAY SR. for Evidentiary Hearing with Proposed Order. (aen) (Entered: 03/26/2004) |
| 03/26/2004 | 4 | ORDER denying [3-1] motion for Evidentiary Hearing ( signed by Mag. Judge Amy R. Hay on 3/25/04 ) CM all parties of record. (aen) (Entered: 03/26/2004) |
| 03/26/2004 | 5 | MOTION by CASSIUS M. CLAY SR. for Appointment of Counsel with Proposed Order. (aen) (Entered: 03/26/2004) |
| 03/26/2004 | 6 | ORDER denying [5-1] motion for Appointment of Counsel ( signed by Mag. Judge Amy R. Hay on 3/25/04 ) CM all parties of record. (aen) (Entered: 03/26/2004) |
| 03/26/2004 | 7 | PETITIONER'S Institutional Account Statement (aen) (Entered: 03/26/2004) |
| 03/26/2004 | 8 | ORDER denying [1-1] motion to Proceed in Forma Pauperis and the Petitioner is Allowed until 4/15/04 to submit the $ 5.00 filing fee. ( signed by Mag. Judge Amy R. Hay on 3/25/04 ) CM all parties of record. (aen) (Entered: 03/26/2004) |
| 04/20/2004 | 9 | PETITION for writ of habeas corpus. FILING FEE $ 5.00 RECEIPT # 04003789 (jsp) (Entered: 04/20/2004) |
| 05/04/2004 | 10 | ORDER directing that the US Marshal shall make Service of this order with a copy of the Petition upon the respondent, the District Atty. of Allegheny County, and the Atty. General of the Commonwealth of Pa. and Costs to be Borne by the United States. ( signed by Mag. Judge Amy R. Hay on 5/4/04 ) CM all parties of record. (aen) (Entered: 05/05/2004) |
| 05/04/2004 | | SIX copies of the above order issued to the US Marshal with 3 copies of the petition with 3 copies of the Motion for Evidentiary Hearing, for Service. (aen) (Entered: 05/05/2004) |
| 05/14/2004 | 11 | RETURN OF SERVICE by cert. mail executed as to LAWERENCE P. BENNING, DISTRICT ATTORNEY OF, ATTORNEY GENERAL OF |

| | | |
|---|---|---|
| | | 5/7/04 Answer due on 5/27/04 for LAWERENCE P. BENNING, for DISTRICT ATTORNEY OF, for ATTORNEY GENERAL OF (ces) (Entered: 05/17/2004) |
| 05/26/2004 | 12 | NOTICE of Attorney Appearance for LAWERENCE P. BENNING, DISTRICT ATTORNEY OF, ATTORNEY GENERAL OF by Margaret K. Barker (aen) (Entered: 05/26/2004) |
| 05/26/2004 | 13 | ANSWER to Writ of Habeas Corpus by LAWERENCE P. BENNING, DISTRICT ATTORNEY OF, ATTORNEY GENERAL OF (aen) (Entered: 05/26/2004) |
| 06/04/2004 | | STATE COURT RECORDS received from Court of Common Pleas of Allegheny County Case No. CC 199613852, 199613853,199613251, 199708098, T-98-850, T-98-750 (aen) (Entered: 06/04/2004) |
| 06/10/2004 | 14 | MOTION by CASSIUS M. CLAY SR. to Extend Time to File Traverse/Reply to Respondents' Answer . (jsp) (Entered: 06/10/2004) |
| 06/10/2004 | 15 | MOTION with Brief in Support by CASSIUS M. CLAY SR. to Amend [9-1] petition (jsp) (Entered: 06/10/2004) |
| 06/10/2004 | 16 | MOTION with Brief in Support by CASSIUS M. CLAY SR. for Evidentiary Hearing (jsp) (Entered: 06/10/2004) |
| 06/10/2004 | 17 | MOTION with Brief in Support by CASSIUS M. CLAY SR. for Appointment of Counsel (jsp) (Entered: 06/10/2004) |
| 06/17/2004 | 18 | ORDER denying without prejudice [17-1] motion for Appointment of Counsel ( signed by Mag. Judge Amy R. Hay on 6/16/04 ) CM all parties of record. (lck) (Entered: 06/17/2004) |
| 06/25/2004 | 19 | ORDER granting [14-1] motion to Extend Time to File Traverse/Reply to Respondents' Answer on or before 7/2/204 ( signed by Mag. Judge Amy R. Hay on 6/22/04 ) CM all parties of record. (aen) (Entered: 06/25/2004) |
| 07/27/2004 | 20 | TRAVERSE in Reply by CASSIUS M. CLAY SR. to [13-1] answer writ by ATTORNEY GENERAL OF, DISTRICT ATTORNEY OF, LAWERENCE P. BENNING (jsp) (Entered: 07/27/2004) |
| 09/01/2004 | 21 | REPORT AND RECOMMENDATION of Mag. Judge Amy R. Hay signed on 8/31/04 Recommending that the Petition be Denied as untimely and a certificate of appealability be Denied ; The parties have 10 days from the date of service to file objections to this Report and Recommendation. (aen) (Entered: 09/01/2004) |
| 10/07/2004 | 22 | ORDER, directing that the Petition is Denied and that a Certificate of Appealability ia Denied adopting [21-1] report and recommendations ( signed by Chief Judge Donetta W. Ambrose on 10/7/04 ) CM all parties of record. (aen) (Entered: 10/07/2004) |
| 10/07/2004 | | Case closed (aen) (Entered: 10/07/2004) |
| 10/21/2004 | 23 | MOTION by CASSIUS M. CLAY SR. for Reconsideration of [22-1] order adopting [21-1] report and recommendations . (jsp) (Entered: |

| | | |
|---|---|---|
| | | 10/21/2004) |
| 10/25/2004 | 24 | ORDER denying [23-1] motion for Reconsideration of [22-1] order adopting [21-1] report and recommendations and the Order dated 10/7/04 is to remain in full force and effect. ( signed by Chief Judge Donetta W. Ambrose on 10/25/04 ) CM all parties of record. (ksa) (Entered: 10/26/2004) |
| 11/10/2004 | 25 | MOTION by CASSIUS M. CLAY SR. to Extend Time for Filing Notice of Appeal . (jsp) (Entered: 11/10/2004) |
| 11/15/2004 | | ORDER upon motion granting [25-1] motion to Extend Time for Filing Notice of Appeal ( signed by Chief Judge Donetta W. Ambrose on 11/12/04 ) CM all parties of record. (aen) (Entered: 11/15/2004) |
| 12/02/2004 | 26 | NOTICE of change of address to SCI Forest by CASSIUS M. CLAY SR. (jsp) (Entered: 12/02/2004) |
| 03/14/2005 | | STATE court Records Returned to the Court of Common Pleas of Allegheny County, Criminal Div. (aen) (Entered: 03/14/2005) |
| 03/17/2005 | | RECEIPT recevied from the Court of Common Pleas of Allegeny County for the State Court records. (aen) (Entered: 03/17/2005) |
| 04/27/2005 | 27 | MOTION by CASSIUS M. CLAY SR. to Reopen the Time to Appeal the Habeas Corpus Denial . (jsp) (Entered: 04/27/2005) |
| 05/02/2005 | | ORDER upon motion granting [27-1] motion to Reopen the Time to Appeal the Habeas Corpus Denial and a Notice of Appeal must be filed no later than May 16 2005. ( signed by Chief Judge Donetta W. Ambrose on 4/29/05 ) CM all parties of record. (aen) (Entered: 05/02/2005) |
| 06/06/2005 | 28 | NOTICE OF APPEAL by CASSIUS M. CLAY SR. from [22-1] order adopting [21-1] report and recommendations dated 10/7/05 (lck) (Entered: 06/08/2005) |
| 06/06/2005 | | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [28-1] appeal by CASSIUS M. CLAY SR. (State Court records returned to Court of Common Pleas) (lck) (Entered: 06/08/2005) |
| 06/06/2005 | | Certified copy of Notice of Appeal [28-1] appeal by CASSIUS M. CLAY SR. , certified copy of docket, certified copy of order dated 10/7/04 and Report and Recommendation dated 8/31/04 mailed to USCA; copy of Notice of Appeal and information sheet to LAWERENCE P. BENNING, DISTRICT ATTORNEY OF, ATTORNEY GENERAL OF PA and judge. Copy of information sheet to appellant. (lck) (Entered: 06/08/2005) |
| 06/22/2005 | | NOTICE of Docketing ROA from USCA Re: [28-1] appeal by CASSIUS M. CLAY SR. USCA Number: ( 05-3013 ) (aen) (Entered: 06/22/2005) |
| 06/23/2005 | | RECEIPT from USCA. for the Original Record. (aen) (Entered: 06/23/2005) |
| 10/24/2005 | 29 | ORDER of USCA as to 28 Notice of Appeal filed by CASSIUS M. |

|  |  |
|---|---|
|  | CLAY, SR. The Appeal is dismissed as untimely. The motion for Appointment of Counsel is denied. (ll3) Modified on 7/3/2007. (tt) (Entered: 10/24/2005) |
| 10/27/2005 | Appeal Record Returned from USCA (Docket Entries 1-28) re 28 Notice of Appeal. (sjs ) (Entered: 10/28/2005) |

## PACER Service Center
### Transaction Receipt

07/09/2008 17:21:05

| PACER Login: | ag0053 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:04-cv-00282-DWA-ARH |
| Billable Pages: | 3 | Cost: | 0.24 |