# FILED

**EXHIBIT A**

#1

DC-804
Part 1

JUL 1 1 2008

CLERK U.S. ~~DISTRICT~~
WEST. DIST.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

102890

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| MRS. Kennedy | S.C.I. Forest | 11-29-04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| CASSIus M. CLAY SR. DQ5954 | Cassius M. Clay Sr. |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| | |

### INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. State all relief that you are seeking. Additional paper may be used, maximum two pages. (One DC-804 Part 1 form and one, one-sided 8½" x 11" page).

ON 11-18-04 I WAS TOLD TO PACK UP AS I WOULD BE TRANSFERED TO ANOTHER INSTITUTION. I RESPONDED BY QUESTioning A FEW STAFF, AND GUARD'S Telling THEM THAT I HAD CAME HERE ON A PROMOTIONAL TRANSFER To get CLOSER TO My ChILDREN AND HOME. I ALSO STATED THAT I HAVE OPEN CASES BOTH CRIMINAL, AND CIVIL which THERE ARE BRIEFS AND HEARINGS Comming UP SOON, AND THEY AII BASICALLY Replied WITH) WE CAN DO WHAT WE WANT, AND TRANSFER WHOEVER WE WANT, AS THIS IS THE D.O.C., AND THE Court's DO NOT Tell US WHAT TO DO. I KNOW THAT THIS IS A RETALIATORY TRANSFER, INSTITUTED To PENALIZE me AND MY ChILDREN, AS I HAVE ENGAGED IN A LOT OF CONSTITIONALly PROTECTED ACTIVITIES SUCH AS, My RIGHT TO FULLY CONTEST MY ILLEGAL CON-VICTION AND, HELPING OTHER INMATES WITH THERE CASES, AND MY RIGHT TO REDRESS MY GRIEVANCES AND THE CONTINUAL VIOLATIONS AND OBTROCITIES COMMITTED BY THE D.O.C. AND STAFF AT S.C.I. GREENSBURG.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

1. TALKED To BLOCK OFFICER GUNN, AND OTHER STAFF ABOUT TRANSFER.
2. Asked To RECIEVE My PROPERTY upon RECEPTION, Sgt. CATO SAID MONDAY went BACK MONDAY AND PROPERTY Sgt. SAID THE COMMITTE WOULD SEE ME, NOTHING YET.
3. WROTE COUNSELOR MRS. WALLACE AND UNIT MANAGER MR. ENNIS, TOLD me I DONT HAVE OPEN CASES + I DID. ENNIS TOLD me TO WRITE THE DEPUTY.
4. WROTE DEPUTY NICE WAINER, NO ANSWER ABOUT PROPERTY, OR LAW-LIBARY ACCESS

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                        Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
August 2004

JULY 8, 2008

Clerk's Office

U.S. District Court

P.O. BOX 1820

Erie, PA 16507

IN RE: CLAY v. REEVES et al., 05-125E;  (EXHIBIT A)

Dear Sirs:

      I am in receipt of your correspondence, which stated
that, "the enclosed document has been scanned, but is illegible."

      Unfortunately this is the only copy of this document,
but as it is very important, and overlooked by the Magistrate
Judge in her Report and Recommendation, I am enclosing two copies,
one I have traced over clearly, and the other is the darkest
that I could copy.

      I referred to this document, and so did the defendants,
where a question of law exists concerning the contents, and
the elements of retaliation, with discovery, the Defendants can
send the Original.

      I would also like to request a copy of the Docketing
History in this case.
Thank you for your time and assistance in this matter.

CASSIUS M. CLAY SR.

Institution #DQ5954

P.O. BOX 99991
Pittsburgh, PA 15233