NAME MR. CASSIUS CLAY SR.
NUMBER DQ5954
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
JUL 1 1 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820 B007

Clerk's Office
U.S. District Court
P.O. BOX 1820
Erie, PA 16507

Hasler
$00.420
Mailed From 15233
07/09/2008
US POSTAGE