IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSIUS M. CLAY SR., | : | Civil Action No. 05-125E |
| Plaintiff, | : | Judge Sean J. McLaughlin |
| v. | : | Mag. Judge Susan P. Baxter |
| | : | |
| TRACY REEVES, et al., | : | |
| Defendants, | : | |

NOTICE OF APPEAL

Notice is hereby given that CASSIUS M. CLAY SR., Plaintiff in the above named case, hereby Appeals to the United States Court of Appeals for the Third Circuit, from the final judgment Order, of the Defendants partal motion for Summary Judgment [Doc.72] entered in this Action on August 29, 2007; also, Defendants partial motion for Summary Judgment [92] entered in this Action on February 5, 2008; and Defendants partial motion for Summary Judgment [109] entered in this Action on July 15, 2008; and Lastly, the Denial of Plantiff's Motion for Preliminary Injunction [41] entered in this Action on November 16, 2006.

FILED

AUG 18 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CASSIUS M. CLAY SR. DQ5954

P.O. BOX 99991

Pittsburgh, PA 15233

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIUS M. CLAY<br>　　　　Plaintiff | Civil Action No.: 05-125 Erie |
| VS. | District Judge McLaughlin |
| TRACY REEVES, ET AL.<br>　　　　Defendant | Magistrate Judge Baxter |

### STATEMENT OF VERIFICATION

I verify that the foregoing is true and correct. I understand that false statements made herein are subject to the penalties of 28 U.S.C. §1746, relating to perjury.

Date: 8-12-08

By: _Cassius M. Clay Sr._
Cassius M. Clay, Sr.
Pro se Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSIUS M. CLAY SR., | : | Civil Action No. 05-125E |
| Plaintiff, | : | Judge Sean J. McLaughlin |
| v. | : | Mag. Judge Susan P. Baxter |
| | : | |
| TRACY REEVES, et al., | : | |
| Defendants, | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a True and Correct Copy of this Foregoing instrument, has been Mailed, Postage Prepaid, on this **12th** day of **AUGUST**, 2008, to The Office of the Clerk; UNITED STATES DISTRICT COURT, Western District of Pennsylvania; P.O. Box 1820; Erie, PA 16507, by Depositing the same in the Mail Box at S.C.I. Pittsburgh.

The aforesaid was done Under the Penalty of Perjury (28 U.S.C.A. Section 1746).

Dated: **AUGUST 12,** , 2008.

*[signature]*
CASSIUS M. CLAY SR. DQ5954

P.O. BOX 99991

Pittsburgh, PA 15233

AUGUST 12, 2008

U.S. District Court
Office of the Clerk
P.O. BOX 1820
Erie, PA 16507

IN RE: <u>CLAY v. REEVES et al., Civil Action No. 05-125E</u>

Dear Sirs;

    Greetings, I am today writing to inform the Court that I am Appealing the decisions of the District Court in this matter but the law library here only has the federal rules of court to go by, so here it is and this is the best I can do, as there is no other civil reference books to go by, and the Librarian got fired, after the other one passed away, so we are limited to time, and there is no way to get copies, as some of us been waiting for over two weeks?

    I hope and pray that this is acceptable, and if not, I would like to have this date locked in for the Prison Mail Box Rule, and any other corrections be explained to me, with any Form's this Court may have, to expedite this process.

I WOULD LIKE TO THANK YOU IN ADVANCE FOR YOUR TIME AND HELP IN THIS VERY IMPORTANT MATTER.

                                         Very Truly Yours;

                                         *Cassius M. Clay Jr.*

                                         CASSIUS M. CLAY SR. DQ5954
                                         P.O. BOX 99991
                                         Pittsburgh, PA 15233