NAME  MR. CASSIUS M. CLAY
NUMBER  DQ5954
PO Box 99991, Pittsburgh, PA 15233

INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
AUG 18 2008
U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLEARED X-RAY SCREENING

Office of the Clerk of Courts
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
Erie, PA 16507

Hasler
$00.420
US POSTAGE